FILED

No. __13-10236__

ROLE 44

2015 JAN 12  AM 11: 40

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN THE

~~FEDERAL~~ COURT OF THE UNITED STATES

__8:15 CV 69 | 17 TBM__

__Carel Alfonso Prater__ — PETITIONER
(Your Name)

vs.

__UNITED STATES OF AMERICA INC.__ — RESPONDENT(S)

PETITION FOR CONSTITUTIONAL WRIT OF HABEAS CORPUS

__ELEVENTH CIRCUIT FEDERAL COURT__
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR CONSTITUTIONAL WRIT OF HABEAS CORPUS

__Carel Alfonso Prater__
(Your Name)

__2680  HWY  301  SOUTH__
(Address)

__JESUP,  GA.  31599__
(City, State, Zip Code)

_____
(Phone Number)



No. 13-10236

RULE 44

IN THE

FEDERAL  COURT OF THE UNITED STATES

Carel Alfonso Prater  — PETITIONER
(Your Name)

vs.

UNITED STATES OF AMERICA INC. — RESPONDENT(S)

PETITION FOR CONSTITUTIONAL WRIT OF HABEAS CORPUS

ELEVENTH CIRCUIT COURT
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR CONSTITUTIONAL WRIT OF HABEAS CORPUS

(Your Name)

2680 HWY 301 SOUTH
(Address)

JESUP, GA. 31599
(City, State, Zip Code)

(Phone Number)

2ᴬ

# LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[x] All parties **do not** appear in the caption of the case on the cover page.   A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

CAREL A. PRATER

THE UNITED STATES OF AMERICA INC.     Robert Monk, representative thereof.
400 N. Tampa Street. Suit 3200  Tampa, FL. 33602  Phone. (813) 274-6000

THE INTERNAL REVENUE SERVICE    . Norm Meadows, Agent Representative thereof,
5971 Cattleridge Blvd.  Sarasota Fl. 34232    No Phone number available.

## QUESTIONS PREENTED

1.     Can a foreign corporation [The Internal revenue Service] being purportedly represented by the United States, whom petitioner is under no contractual obligation to, has no commercial relationship with, is not regulable by, and lack standing to to execute any type of action against petitioner, seek Petitioners prosecution in a federal court?

2.     Can Petitioner be forced in chains and under threat of violance to appear before a Title 28 USC § 89 Administrative Agency Tribunal lacking in criminal subject matter jurisdiction, to face a purported criminal charge, where Petitioner in fact committed no criminal offense and no party with standing exists?

3.     Can the Supreme Court adjudicate a matter where the records of the lower court fail to establish jurisdiction of the government or the court, and where in personam and criminal subject matter jurisdiction are non existent. ?

4.    Is the Title 28 USC § 89 Administrative Tribunal at liberty to willfully deprive Petitioners invocation of the rights to Article III adjudication and constitutional Due Process of Law, in what was purported to be a criminal action against petitioner?

5.    Was the Title 28 Administrative Judge at liberty to deprive Petitioner the right to Effective assistance of Counsel in what was purported to be a criminal proceeding thus forcing Petitioner to proceed Pro Se?

6.    Was the Title 28 Administrative Judge, at liberty to deprive Petitioners right to present a Trial defense, by acting favorably to the I.R.S. and the prosecutors case, by granting a Motion in Limine prohibiting Petitioners Trial defense **upon the First day of trial** leaving Pro Se petitioner defenseless.

7.    Can a purported    criminal action be brought against petitioner, for a Plaintiff THE UNITED STATES OF AMERICA INC. acting for a subsidiary thereof, the Internal revenue Service and represented as if the United States was the party in interest, be executed where the where there is no Federal Common Law. but only Admiralty and Equity authority?

8.    Was the Title 28 Administrative Law Judge at liberty to deprive Petitioner the right to compell the appearance of defense witnesses.

9.    Can a Federal prosecutor in a purported to be Federal court execute a criminal prosecution against petitioner on behalf of a foreign corporation, The Internal revenue Service , et al., because of sovereign American petitioners free exercise of the right of freedom of speech and the right to pri. tely contract and labor, because such was detrimental to the fraud being perpetrated against the American People by the I.R.S.?

10.    Is it now constitutionally permissible for an executive Title 28 Administrative Tribunal with statutorilly appointed administrative judges, where the Article III judicial power of the United States is non existent, to proceed in a purported to be criminal case against a sovereign American citizen, where such action is constitutionally prohibited as a Bill of Attainder, or Bill of Pains ?

11.    Is it constitutionally permissible for the Title 28 Administrative Law Judge, in a purported criminal prosecution, to deprive the defendant of the right to cross examin the prosecutions witnesses.

12.    Can a judgement and proceeding in a criminal case premised upon fraud stand, where there is no Federal Common Law and the action was purported to be criminal, but in fact was commercial executed in Admiralty ?

13.    Can a advisory opinion/judgement of a Title 28 Tribunal stand where the record does not establish the jurisdiction of the Court or the government, and the judge and prosecutor refuse to show jurisdiction when questioned and have defaulted to the fact that jurisdiction did not exist.

14.    Can the governments prosecutor under execute a bonded Admiralty commercial action against defendant under fraudulent pretense of a criminal action, when such fraud directly effects the type of defense presented and the procedure executed, thus sabotaging the defendants proceedinsg.

15.    Is the Title 28 Administrative Agency tribunal, the same as the Article III district court of the United States exercising the Judicial Power of the United States and possessing original and exclusive jurisdiction over criminal offenses of the United States delineated at 18 USC § 3231.

**ATTENTION CLERK OF COURT**

**COVER LETTER AND DECLARATION OF PRO SE STATUS**

I hereby submit to you this **Constitutional Writ of Habeas Corpus** although contrary to the intent, nature, character and spirit thereof I have hereby complied with the Title 28 Administrative Rules and Regulations obstacles placed before me. As a Pro se litigant <u>non lawyer</u> I have done all I possibly can to comply with your rules and requirements especially given my monetary constraints. I would thus ask you to please excuse any minor deviations or discrepancies that are not spot on with your rules, and in so doing I would ask you to consider that the Supreme Court has held that " Pro se litigants are not held to the same rigid standards as Attorneys and that their pleadings are to be liberally construed." <u>HAINES V. KERNER 404 U.S. 519-520.</u>

Again thank you very much for your assistance in this matter
Sincerly  Carel A Prater

COVER LETTER

I, Carel Alfonso Prater, am forced to submit to this Court this **Constitutional Writ of Habeas Corpus** as adjudication of purported to be criminal matters are constitutionally guaranteed to be presided over by Article III Constitutional Judges in an Article III Court, but moreover because I cannot receive fair, honest or uconstitutional adjudication of my case in accordance with the requirements of Due Process under the Fifth and Sixth Amendments or Article III, (all of which I have been deprived of), in the Title 28 USC § 89 Administrative Tribunal which **ab initio** lacked Criminal Subject Matter Jurisdiction; And wherein the entire mock judicial proceeding was no more than persecution executed against me for the free exercise of  constitutionally and legally protected rights of freedom of speech, and my right to contract for   labors and services, because the things that I was saying were inconvenient to the Internal Revenue Service and its beneficiaries.

It was a persecution for the free exercise of rights where no party with Standing under Article III existed to execute any action against me, and where I did not commit any crime against the Federal United States or any party for that matter. It is for these reasons that no well plead complaint exists, no party with standing exists and no proof or evidence of the government or tribunals jurisdiction exists in the record of the proceedings.  Furthermore the Officers of that Title 28 Kangaroo Court via their special rules of procedure corruptly stifled, subverted and sabotages my rights and defense, while scornfully and contemptuously disregarding every decision of law of Supreme Court and the Constitution.

The following writ of habeas corpus depicts this unlawful conduct of the Officers of that Title 28 Tribunal used to violate and deprive my Constitutional rights through wholly unconstitutional and unlawful conduct and procedure thereof, \(**Malfeasance :  and Nonfeasance). Wherefore in that I have no other alternative manner of        obtaining freedom from the unlawful/illegal false imprisonment imposed upon me    by individuals acting wholly ultra vires and unconstitutionally I must submit this Writ of Habeas corpus to this FEDERAL Court for Judicial adjudication under Article III and Article I § 9, the guarantee of habeas corpus.**

I have never been a Federal United States citizen under the 14th Amendment or Title 8 I.N.A. , I have always been a sovereign American in accordance with the declaration of independence and the American constitution and domiciled within one of the State Republics without the Federal United States. I do not earn any Federal wages or pay and I have not committed any offense or crime against the Federal United States nor any party.  However I been subjected to persecution under fraudulent pretense and claim of having committed some inapplicable to me Federal Statutory or Internal revenue Service offense, and by force subjected to some mock trial proceedings in a Kangaroo court where no lawful procedure was exercised, and where I was not under any contractual obligation to any party purportedly bringing the complaint.   The entire scenario has been a parody of judicial procedure in a kangaroo court engaged in a collusive joinder for monetary incentives, and has resulted in my false imprisonment. In order to accommodate the unlawful charade of judicial procedure the Officers of the Title 28 Tribunal failed to abide by or comply with the Federal Rules of Criminal Procedure 1 through 8, or the federal rules of civil procedure 1 through 17, as to do so would have ab initio estopped the fraudulent proceedings against Affiant, thus they avoided every procedural requirement necessary to obtain jurisdiction over Affiant, as the legitimate Federal United States can only execute legal action on behalf of the United States not some       Third Party independent Agency, to wit, THE INTERNAL REVENUE SERVICE  and under Statutes thereof which do not apply to Affiant,      UNITED STATES v. SAN JACINTO TIN CO. 125 U.S. 315, et.al.

" Unless a statutory cause of action at law involves a Public Right Congress may nor assign its adjudication to a specialized court that is not created under Article III of the Constitution and that not use the jury as fact finders". [Such as the Title 28 UNITED STATES DISTRICT COURT.] emphasis added.
GRANFINANCIARA V. NORDBERG 492 U.S. 33 , 51-53.

" Executive Agencies must comply with the procedural requirements imposed by statute." GONZALEZ V. RENO 212 F. 3D 1338(11TH CIR 2000).  " An Agency cannot confer power upon itself." GORBACH V. RENO 219 F.3D 1087 (8TH CIR 2000).  " Internal Agency Regulations cannot legitimize the violation of Constitutional or statutory rights." UNITED STATES V. MAROLF 173 F.3D 1213 (9TH CIR 1999). The requirements of Due Process apply to Administrative proceedings." BIEBER V. ASCHCROFT 286 F.3D 696 (3RD CIR 2002). NON COMPLIANCE WITH PROCEDURAL RULES AND THE INJURY RESULTING THEREFROM (PROCEDURAL INJURY FALSE IMPRISONMENT)  IS ENOUGH TO ESTABLISH STANDING ." LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555.  Warranting Judicial Review per 5 USC § 10.

" Subject matter jurisdiction is an Article III as well as statutory requirement it functions as a restriction on Federal Power and contributes to the characterization of the Federal sovereign. Certain legal consequences flow directly from this. For example no action of the parties can confer subject matter jurisdiction upon a federal court. Thus the consent of the parties is irrelevant principles of. estoppel do not apply and a party does not waive the requirement by failing to challenge jurisdiction early in the proceedings, the rule springs from the nature and limits of the judicial power of the United States is inflexible and without exception which requires a court of its own motion to deny its jurisdiction and in the exercise of appellate power, that of all other courts of the United States in all cases where such jurisdiction does not affirmatively appear in the record. Jurisdiction over the Person is generally dealt with by Rule 4 F.R.Crim.P governing  the method of service through which personal jurisdiction is obtained.
INSURANCE CO. OF IRELAND V. COMPAGNIE DES BAUXITES 456 U.S. 695.

**FACTUAL NOTES DESCRIBING ISSUE AND IN SUPPORT THEREOF**

1.  In proof that the action against Affiant was a commercial action, executed under fraudulent pretense of law (criminal action) in violation of 18 USC § 1001, and 1623, one need only consider the ramafications to the Federal government resulting from ERIE V. TOMPKINS 304 U.S. 64 leaving the government only with Equity and Admiralty authority, and the **Trial transcripts at page 129, lines 21 and 22**, where administrative law judge (Steven Merryday) of a Title 28 USC § 89 Administrative tribunal lacking in criminal subject matter jurisdiction, pronounces in open court that **" the weight of Supreme Court decisions is a matter that is not really pertinent here"**, all in response to Affiants invocation of Supreme Court decisions which supported his position and comprised his defense.  Nevertheless contrary to that false statement the INTERNAL REVENUE MANUAL-4, at §§ 4. 10. 7. 2. 9. 8. (01-01-2006) IMPORTANCE OF COURT DECISIONS (2), states that **"The Internal Revenue Service must follow Supreme Court decisions."**

2.  In this case against Affiant where no party with Standing under Article III exists, no crime against the United States has been committed and Affiant is not being prosecuted for the breach of any contractual obligation (as none exists), what the case represents is government corruption and a conspiracy violative of the American constitution to the extent of exposing a constitutional crises **and providing a perfect example of persecution, oppression and tyranny** executed against Affiant because of his free exercise of constitutional rights done in a manner inconvenient to the monied manipulators of the Federal Government.

3.  During the proceedings the officers of the Title 28 Administrative tribunal being fraudulently misrepresented as a the court of law delineated at (18 USC § 3231) repeatedly, inordinately and prejudicially in absence of any sense decorum , made and threw out to the jury false unfounded inflammatory and libellous statements damning to Affiants position. These statements and remarks intended to confuse the jury and turn them against Affiant made by both the Judge and prosecutor were patently false baseless statements and whether arising from the ignorance or malice of those court officers is irrelevant as the effect thereof is the Predominant factor; **To wit,** the Judge and Prosecutor made the perjurious statements to the jury (based on personal motivations and beliefs) that **(A)** It is a crime to not pay Federal Income Tax in reference to Affiant, however Affiant was under no obligation to pay Federal Income Tax and had not committed any crime.  **(B)** Also stating that Affiants Tax Avoidance Procedure was a scam" a statement to the Jury used to influence the jury which was **an absolute lie (perjury).** Nevertheless that very same judge and prosecutor via corrupt abuse of their positions of office prevented Affiant from presenting any defenses directly related to those

statements which would have proven those inflammatory remarks and allegations to be nothing but meritless lies and trash.

**Wherefore it is easily cognizable that in this case the Judge assumed the role of a prosecutorial Agent** to inflame and prejudice the jury against        Affiant and used lies to do so and corruptly abused his authority so as to prevent Affiant from rebutting and exposing those lies before the jury, where no proof was ever presented to support or substantiate the false statements of those officers driving Affiants prosecution/persecution. **to this end those officers via collusion executed and implemented a Motion in Limine on the date trial started which was designed to and served the purpose of stifling Affiants trial defense in its entirety and preventing Affiant from rebutting those false inflammatory statements.** All resulting in Affiants false conviction via the absolute deprivation of all Due Process of Law under the Fifth and Sixth Amendments and Article III.

4.   In furtherance of the Overall scheme executed by the officers of the Title 28 Tribunal and in accommodation thereof, those officers interfered with and deprived Affiant of the constitutionally guaranteed right to counsel , Affiant was absolutely denied of any assistance of counsel and envigled into proceeding Pro Se by the court and governments appointed (stooge counsel) which combined with the above described conduct demonstrates that Affiant was in fact and effect denied his invoked right to jury trial, not only under Article III, but entirely as he was left upon the day of trial standing before a jury after the judge and prosecutor had collaborated  to strip ignorant to the law and procedure Affiant of both Assistance of Counsel and his trial defense, conduct which in fact constitutes Jury tampering and trial fixing.

The Above stated introductory facts are herein elaborated upon and presented as issues.

        In conclusion, the Judge was in violation of his oath of office.

        "When a Judge does not fully comply with the constitution, then his orders are VOID". Sawyer 124 US 200 (1888).

        He is without jurisdiction and he has engaged in acts of treason.

        "No State or Federal Legislator or executive or judicial officer can war against the constitution without violating his undertaking to support it" Cooper vs. Aaron, 358 US 178 S.Ct. 1401(1958).

Judges have no judicial immunity for criminal acts for aiding, assisting or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a <u>duty</u> to act, he does not have discretion he is *then* *not* performing a judicial act, he is performing a ministerial act.

## <u>POSITIVE RULING RELATED TO THIS ARGUMENT</u>

Affiants position is that there is "No way to unscramble the eggs" and put the parties in the position they would have been in absent the error. Justice Van Deyanter in delivering the opinion for the court in exparte Bakelite corp 279 US 438 quoted Chief Marshall in the American Insurance Co, case (1929).

> "These Courts, are not constitutional Courts, in which the judicial power conferred by the constitution on the general government, can be deposited. They are incapable of receiving it. They are legislative Courts, created in virtue of the general right of sovereignty which exist in the government, or in virtue of that clause which enables Congress to make all needful rules & regulations, respecting the territory belonging to the United States. The jurisdiction with which they are invested, is not a part of that judicial power which is defined in the 3rd article of the Constitution, but is conferred by Congress, in the execution of those general powers which that body possesses over the territories of the United States."

> Justice Marshall in the American Insurance Company case.

## PERSONAL CONCLUSION TO COVER LETTER

THE RULES OF THE SUPREME COURT BOOKLET LETS ONE

KNOW THAT IT RARELY GRANTS A HABEAS CORPUS. I ALSO KNOW

THE SUPREME COURT IS A CONSTITUTIONAL COURT. IN THE

WRIT, <u>YOUR COURT</u> WILL READILY SEE THE  MANY CONSTITUTIONAL

ADVANTAGES, ALONG WITH THE BILL OF RIGHTS, THAT WERE

TAKEN AWAY FROM ME IN THIS IRS CASE. Proof; Dockets sheets, TRANSCRIPT.

IT IS ALSO <u>RARE</u> THAT A JUDGE AND THE COURT WOULD

<u>NOT ALLOW</u> A DEFENDANT TO HAVE WITNESSES, <u>TAKE AWAY</u> ALL

OF HIS DEFENSES, <u>DISALLOW</u> OBTAINING WITNESSES IN HIS

FAVOR, <u>PREVENT</u> DEFENDANT FROM CONFRONTING WITNESSES

AGAINST HIM, <u>FAILING TO ALLOW</u> CROSS-EXAMINATION OF GOVERNMENT

WITNESSES, <u>PROHIBITING</u> FROM PROVIDING EVIDENCE TO THE

JURY,DEPRIVING HIM OF <u>LIFE</u>, <u>LIBERTY</u> AND <u>PROPERTY</u>, AND

<u>TAKING AWAY</u> CASH RETIREMENT OF $250,000 FROM A 71 YEAR

OLD IN 2002 WITH **NO DUE PROCESS OF LAW** WHEN HE HAD OVERTLY

DONE HIS BUSINESS FOR YEARS IN FRONT OF IRS AGENTS WITH

THE KNOWLEDGE OF STATE ATTORNEYS, AND THE  <u>APPROVAL</u>

OF THE INTERNAL REVENUE SERVICE.

JUDGE MERRYDAY SHOULD HAVE RECUSED HIMSELF AS THE

JOINT MOTION BY THE  DEFENDANT AND THE GOVERNMENT ASKED.

THIS COURT SHOULD CRIMINALLY ORDER DISBARRING JUDGE

MERRYDAY FROM THE DISTRICT COURT BENCH ALONG WITH PROSECUTORS

MONK AND PETERSON FOR THEIR MACHINATIONS. AT AGE 76,

PRATER IS ASKING THE ~~FEDERAL~~ COURT TO DO THE RIGHT THING

AND DISMISS THIS CASE.(SEE EX PARTE,BRADLY 7 WALL 364

19 LED.214)

CAREL PRATER

## THE REASONS RELIED ON FOR ALLOWING THE WRIT
## PURSUANT TO RULE 10 AND 14(h).

The Compelling Reasons why this court should entertain Affiant/Petitioners Constitutional Writ of Habeas Corpus is because Affiant is Presently falsely imprisoned upon the basis of Administrative actions and decisions made by an administrative Court Judge which are wholly contrary to and in contempt of this courts long standing rulings of Constitutional Due Process of Law and this Courts rulings that in I.R.S. cases the Rulings of the Supreme Court Governed the proceedings.

Furthermore the Actions of that tribunal are in Total Disregard and Contempt of this Courts long standing and well established ruling requiring that some party with standing is necessary to vest jurisdiction in a federal Court, in this case no party with standing exists and the entire case was based on a collusive joinder in furtherance of a persecution against Affiant for the Free exercise of his contitutional rights, and his position and belief that he is not a Federal Tax Payer.

" Internal revenue service Must follow supreme Court Decisions"

I.R.S. Manual @ §§ 4. 10. 7. 2. 9. 8. (01, 01-2006)

LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555

STEEL CO. V. CITIZENS FOR A BETTER ENVT 523 U.S. 83

VALLEY FORGE V. AMERICANS UNITED

Another Compelling reason why this court should entertain this case is that the the Judge Advocate for the I.R.S in these proceedings had personal animosity towards Affiant resulting from prior interactions and corruptly refused to recuse himself **and repeatedly in violation of 18 USC § 1001 misrepresented critical material facts in misleading and prejudicing the Trial Jury stating that,** ' The law states that everyone must pay Federal Income Tax " which is a falsehood and then refused to allow Affiant to present his defense establishing why he did not have to pay Federal Tax.

**Wherefore** because a legitimate Court of Constitutional Law and Due Process should not allow a Judge who is a Federal employee required to pay Federal Income Tax, and obviously an advocate of Federal Income Tax which pays his salXary, so blatantly deprive Affiants rights to Article III adjudication and Due Process of Law while advocating the position of the Internal revenue Service and evidently his own interests,thus resulting in the illegal deprivation of Affiants rights of Life and Liberty via false imprisonment imposed absent Due Process, **this Court should Asjudicate this matter.**

\

١٢

RULE 10/14(h)

D.  Obsoleted by: Rev. Proc. 92-29

E.  Superseding: M.m. 4027

F.  Example 2 is self-explanatory.

**4.10.7.2.9.8 (01-01-2006)**
**Importance of Court Decisions**

1.  Decisions made at various levels of the court system are considered to be interpretations of tax laws and may be used by either examiners or taxpayers to support a position

2.  Certain court cases lend more weight to a position than others. A case decided by the U.S. Supreme Court becomes the law of the land and takes precedence over decisions of lower courts. The Internal Revenue Service must follow Supreme Court decisions. For examiners, Supreme Court decisions have the same weight as the Code.

3.  Decisions made by lower courts, such as Tax Court, District Courts, or Claims Court, are binding on the Service only for the particular taxpayer and the years litigated. Adverse decisions of lower courts do not require the Service to alter its position for other taxpayers.

**4.10.7.2.9.8.1 (01-01-2006)**
**Action on Decision**

1.  It is the policy of the Internal Revenue Service to announce at an early date whether it will follow the holdings of lower courts in certain cases. An Action on Decision (A.O.D.) is the document making such an announcement. An Action on Decision is issued at the discretion of the Service only on unappealed issues, decided adverse to the government. Generally, an Action on Decision is issued where guidance would be helpful to Service personnel working with the same or similar issues. Unlike a Treasury Regulation or a Revenue Ruling, an Action on Decision is not an affirmative statement of Service position. It is not intended to serve as public guidance and may not be cited as precedent.

2.  An Action on Decision may be relied upon within the Service only as the conclusion, applying the law to the facts in the particular case at the time the Action on Decision was issued. Caution should be exercised in extending the recommendation of the Action on Decision to similar cases where the facts are different. Moreover, the recommendation in the Action on Decision may be superseded by new legislation, regulations, rulings, cases, or Actions on Decisions.

3.  Prior to 1991, the Service published acquiescence or nonacquiescence only in certain regular Tax Court opinions. The Service expanded its acquiescence program to include other civil tax cases where guidance is determined to be helpful. Accordingly, the Service may acquiesce or nonacquiesce in the holdings of memorandum Tax Court opinions, as well as those of the United States District Courts, Claims Court, and Circuit Courts of Appeal. Regardless of the court deciding the case, the recommendation of any Action on Decision will be published in the Internal Revenue Bulletin.

4.  The recommendation in every Action on Decision is summarized as acquiescence, acquiescence in result only, or nonacquiescence. Both "acquiescence " and "acquiescence in result only" mean that the Service accepts the holding of the court in a case and that the Service will follow it in disposing of cases with the same controlling facts. The following differences are noted:

    A.  "Acquiescence" indicates neither approval nor disapproval of the reasons assigned by the court for its conclusions.

    B.  "Acquiescence in result only" indicates disagreement or concern with some or all of those reasons.

    C.  Nonacquiescence signifies that, although no further review was sought, the Service does not agree with the holding of the court and generally, will not follow the decision in disposing of cases involving other taxpayers. In reference to an opinion of a circuit court of appeals, a nonacquiescence indicates that the Service will not follow the holding on a nationwide basis. However, the Service will recognize the precedential impact of the opinion on cases arising within the venue of the deciding circuit.

**4.10.7.2.9.8.2 (01-01-2006)**
**Publication of Action On Decisions**

1.  Action on Decisions are published in the weekly Internal Revenue Bulletin and consolidated semiannually. The consolidation appears in the first Bulletin for July and in the Cumulative Bulletin for the first half of the year. The annual consolidation appears in the first Bulletin for the following January and in the Cumulative Bulletin for the last half of the year.

**4.10.7.2.9.8.3 (01-01-2006)**
**Citing Actions on Decisions**

1.  If the Commissioner has published an acquiescence, acquiescence in result only, or nonacquiescence in a Tax Court or Board of Tax Appeals decision, it must be included in the citation, as in the following examples:

    A.  Merle P. Brooks, 36 T.C. 1128 (1961), acq., 1962-2 C.B. 4.

    B.  Rodney Horton, 13 T.C. 143 (1949), acq. in result, 1959-2 C.B. 5.

    C.  Forest Lawn Memorial Park Ass'n. , 45 B.T.A. 1091 (1941), nonacq. 1960-2 C.B.

**4.10.7.2.10 (01-01-2006)**
**Private Letter Rulings and Technical Advice Memorandums**

1.  A Private Letter Ruling (PLR) represents the conclusion of the Service for an individual taxpayer. The application of a private letter ruling is confined to the specific case for which it was issued, unless the issue involved was specifically covered by statute, regulations, ruling, opinion, or decision published in the Internal Revenue Bulletin.

2.  Technical Advice Memorandums (TAM) are requested by IRS area offices after a return has been filed, often in conjunction with an ongoing examination. TAMs are binding on the Service in relation to the taxpayer who is the subject of the ruling.

3.  A private letter ruling to a taxpayer or a technical advice memorandum to an area director, which relates to a particular case, should not be applied or relied upon as a precedent in the disposition of other cases. However, they provide insight with regard to the Service's position on the law and serve as a guide.

4.  Existing private letter rulings and memorandums (including Confidential Unpublished Rulings (C.U.R.), Advisory Memorandums (A.M.), and



CONCISE STATEMENT OF THE CASE PURSUANT TO RULE 14.1(g)

CONCISE STATEMENT OF THE CASE

Affiant on January 28, 2009 was indicted, and arrested Febuary 9, 2009 by the United States Marshals within city of Sarasota Florida acting in absence of Jurisdiction as established by the Federal Rules of criminal Procedure, Affiant sought Article III trial governed by Constitutional Due Process of law and was vi et armis brought before the Title 28 USC § 89 Administrative tribunal to stand trial on Feburary, 22, 2010 and after the deprivation of the right to Due Process and Jury Trial was convicted of all counts on March 9, 2010. On June 24, 2011 Affiant filed initial Appellate Brief which was denied by the Eleventh Circuit, Affiant then Filed Writ of Certiorari was filed on May 14, 2012 , which this court declined to Grant June 25, 2012. **Wherefore Affiant now submits this Constitutional writ of Habeas Corpus / Not an administrative remedy.**

Petitioner Mr. Carel A Prater, was forcefully and illegally compelled to appear in a Title 28 USC § 89 Corporate Administrative tribunal in the Third week of Febuary 2009, to face purported to be criminal charges of (1) Interference with Internal revenue Laws, (2) Aiding or assisting in the filing of false Tax returns, (3) & (4) Failure to File a Tax return, (5), (6), (7) and (8) Criminal Contempt and (9) Structuring of Transactions to avoid reporting requirements, (10), (11) and (12) False declarations before a Grand Jury, where in fact the Title 28 Tribunal had no criminal subject matter jurisdiction, no party with standing existed and Petitioner/Affiant was not subject to pay Federal Income Tax, and the only party making false declarations before the Grand Jury in violation of 18 USC §§ 1001 and 1623 was the Prosecutor.

Petitioner invoked his Constitutional Rights under Article III and the Bill of Rights in the exercise of the Rights to Jury trial and Constitutional Due process of Law governed by the Judicial branch of the United States, and was deprives of all such rights under color of law and false pretense of constitutional proceedings where he was denied the right to counsel, to present a defense, and thus to jury trial resulting in his being falsely convicted of all Twelve Counts. This all occurred in a corporate administrative tribunal where all officers of the Court are biased in favor of the Internal Revenue service, and in fact are tribunals of the Internal revenue service directly linked thereto via being a subsidiary of the UNITED STATES OF AMERICA INC, and the DEPARTMENT OF TREASURY who pays their wages. Wherefore Affiant has no alternative in seeking the successful exercise of his rights and non biased judicial adjudication, other than to proceed before this court in a constitutional manner raising constitutional issues of law, not inapplicable to him Commercial , Summary Administrative Procedure.

THE COURTS GRANTING OF THIS CONSTITUIONAL WRIT
WILL BE IN AID OF THE COURTS APELLATE JURISDICTION FOR THE FOLLOWING REASONS
IN COMPLIANCE WITH RULE 20.1

The Courts adjudication of *of* this matter will be in aid of the Courts appellate jurisdiction because it will serve to reaffirm and suuport this courts long standing commitment of protecting the Constitutional rights and protections of the American people via its decisions concerning the requirements of Constitutional Due Process of Law, and the inexorable requirements of Article III standing and the Seperation of Powers doctrines, and foremost put some teeth behind the lip service that is given the right to jury trial.   All  of  which  the  Officers  of  the  Title  28  Administrative corporate  tribunals;  (Imposter Courts),  act  to circumvent, subvert and suppress via known to be false presumptions of the defendants federal corporate   citizenship:  or unknown contractual obligation to either the legitimate Federal Government, or THE UNITED STATES OF AMERICA INC, so as to accommodate regulation of the people.

These officers of the Title 28 Tribunals execute this malfeasance acting with impunity in contempt of the Supreme Courts established prohibitions established in decisions of this court, **knowing that since this court does not entertain many cases** the odds are that they are free to run rampent in the absence of any oversight as the courts of appeal are not about to overturn decisions of the lower court, especially where those decisions were so unlawful and injurious, as to subject the officers of the Title 28 tribunals to liability.   Thus the officers of the imposter courts (Title 28 tribunals), blatantly knowingly and willfully in absent any oversight via mock judicial proceedings have  created a standard operating procedure via there own special rules of procedure where they contemptuously violate rights and protections of the people on the gamble that **The Supreme Court is not going to do a thing about it.**

It is for these reasons that the           Courts                     intervention in this case would serve to curtail the corrupt practices of these tribunals, and would be in aid of this courts appellate jurisdiction.

The exceptional circumstances that warrant the courts exercise of its discretionary powers are well articulated in this writ, however ni summary those circumstances are that I (Affiant/ petitioner), have been persecuted for the free exercise of my rights by parties purporting to represent the Federal government, and that for the benefit thereof I was deprive all Due Process of Law associated with Jury trial to the extent that **I was in fact deprived of the right to any meaningful form of jury trial and have thus been falsely imprisoned.** Including but not limited to the right to Counsel, the right  to  present  a  defense,  the  right  to  compell  witnesses  or  cross  examine  the

government's witnesses, the right to discovery, the right to Article III trial proceedings and adjudication governed by constitutional due process of law.

Wherefore in that the extent of the malfeasance of the officers of the Title 28 Tribunal in this case is so heinous that the appellate courts has turned their heads and refused to correct it as such correction would serve to establish liability of the officers of the Title 28 Tribunal, **Petitioner cannot obtain relief in any other tribunal as has already been demomnstrated in this case by the conduct of the court of appeals.**

For these reasons which serve to establish the extraordinary circumstances that require this courts intervention, and establish why Affiant cannot obtain relief in any other tribunal, and how the courts intervention would aid in the courts appellate jurisdiction, Petitioner respectfully requiests this courts intervention in this matter in the name of his constitutional rights and protections Due Process of Law and Justice as the governments and the tribunals abuses executed against petitioner for the benefit of the Internal revenue service, should not be allowed to be sustained.

# TABLE OF CONTENTS

PG.

COVER PAGE AND LIST OF PARTIES .....................................i-ii

QUESTIONS PRESENTED ..................................................... iii

TABLE OF CONTENTS ...................................................... vi

TABLE OF AUTHORITIES ................................................... ix

CONSTITUTIONAL AUTHORITIES ............................................. xi

OPINION OF THE COURT/CITATION OF THE COURT ........................... xii.

JURISDICTION ............................................................ xxv

STATEMENT OF THE CASE  OVERALL FACTS OF THE CASE ...................... 1.

REASONS FOR GRANTING THE PETITION ..................................... 30.

CONCLUSIONS ............................................................ 32.

EXHIBIT APPENDIX ...................................................

EXHIBIT A .......................................................... 35.

EXHIBIT B ............................................................ 44.

EXHIBIT C ............................................................ 47.

EXHIBIT D ............................................................ 48.

EXHIBIT E ............................................................ 51.

EXHIBIT F ............................................................ 58.

EXHIBIT G ............................................................ 59.

EXHIBIT H ............................................................ 61

EXHIBIT I ............................................................ 63

EXHIBIT J ............................................................ 64

EXHIBIT K ............................................................ 65

EXHIBIT L ............................................................ 66

EXHIBIT M ............................................................ 67

EXHIBIT N ............................................................ 68.

EXHIBIT O ............................................................ 69.

EXHIBIT P ............................................................ 70.

EXHIBIT Q ............................................................ 73.

**EXHIBITS APPENDIX**
**TABLE OF CONTENTS CONTINUED**                    PG.

EXHIBIT   R   ........................................................   78

EXHIBIT   S   ........................................................   85

EXHIBIT   T   ........................................................   89

EXHIBIT   U   .........................................................   93

EXHIBIT   V   .........................................................   96

EXHIBIT   W   .........................................................   97

EXHIBIT   X   .........................................................   98

EXHIBIT   Y   .........................................................   99

EXHIBIT   Z   .........................................................   100

EXHIBIT   AA   .........................................................   102

EXHIBIT   BB   .........................................................   105

## TABLE OF AUTHORITIES

STEEL CO. V. CITIZENS FOR A BETTER ENVT 523 U.S. 83. p.4,p.5

LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555. p.4,p.12,p.8

MIRANDA V. ARIZONA 384 U.S 436  p.2

KRULWITCH V. UNITED STATES 69 S.CT 716 n.22  p.2,p.13

DAVIS V. PASSMAN 442 U.S. 228  p.15

JAMES V. KENTUCKY 466 U.S. 341  p.2,p.13

VIERICK V. UNITED STATES 318 U.S. 236, 87 L.ED 734  p.2

MANSFIELD C. L.M.R. V. SWAN 111 U.S. 379  p.2,p.9,p.11,p.12,p.14

HALE V. HENKEL 201 U.S. 43  p.3,p.8

GRANFINANCIARA V. NORDBERG 492 U.S. 33  p.3

HUBBARD V. AMMERMAN 465 F.2D 1169 (5TH CIR 1972)  p.3,p.9,p.10

PACEMAKER DIOGNOSTICS V. INSTROMEDIX 725 F.2D 537  p.3

ERIR RR. V. TOMPKINS 304 U.S. 64  p.4,p.5,p.8,p.11,p.11,p.15

ROSS V. BERNHARD 24 L.ED 2D 729  p.4

BRADY V. UNITED STATES 397 U.S. 742  p.4

GLADSTONE REALTORS V. VILLAGE BELL WOOD 441 U.S. 91-99  p.4

SIMON V. EASTERN WELLFARE RIGHTS ORG. 246 U.S. 38-41  p.4

VALLEY FORGE C.C. V. AMERICANS UNITED 454 U.S. 464, 70 L.ED 2D 700  p.4,p.8

F/W. PBS INC. V DALLAS 493 U.S. 215  p.4,p.4

ALLEN V. WRIGHT 468 U.S. 737-750  p.4,p.7

UNITED STATE V. JACINTO TIN CO. 125 U.S. 273  p.5.p.8

UNITED STATES V. BEEBE 127 U.S. 338  p.5

UNITED STATES V. BELL TELEPHONE 128 U.S. 315  p.5

DIVERSIFIED METAL V. T-BOW TRUST, INTERNAL REVENUE SERVICE AND STEVE MORGA (CIV 93-405-E-EJL(7TH CIR IDAHO)  p.6

BROWN V. PIERCE 74 U.S. 205  p.6

BARNETT V, WELLS FARGO 270 U.S. 438  p.6

EX REL PERCUS V. KARNUTH 28 F.SUPP. 595 , 598 (DC NY)  p.6,p.25

UNITED STATES V. THROCKMORTON 98 U.S. 61 @ 65  p.6,p.25

NUDD V. BURROWS 91 U.S. 426  p.25

BOYCE V. GRUNDY 3 PET 210  p.6,p.25

EASTERN METALS V. MARTIJN 191 F.SUPP. 245  p.7,p.20

ROMERO V. INTERNATIONAL TERMINIAL CO. 358 U.S. 354  p.7,p.20

NORTHERN PIPELINE V. MARATHON PIPELINE 73 L.ED 2D 617, n. 25  p.7

JEROME V. UNITED STATES 318 U.S. 104-105  p.7

19

HODGSON V. BOWERS BANK, 5 CRANCH 503 p.7

KLINE V. BURK CONSTRUCTION CO. 260 U.S. 234, 67 L.ED 226 p.7

VIRLINDEN V. CENTRAL BANK OF NIGERIA 461 U.S. 480 p.7

GRAVES V. SNEAD 541 F.2D 159 p.7

FOLEY BROTHERS V. FILARDO 366 U.S. 145 p.7

EEOC V. ARABIAN OIL CO. 499 U.S. 244, 113 L.ED 2D 274 p.7

UNITED STATES V. BUTLER 279 U.S. 9 p.7

WISCONSIN V. PELICAN INS. CO. 127 U.S. 265 p.7

SOLOMON V. FARLEY 82 F.SUPP. 25 (1949) p.7

RICHARDSON V. UNITED STATES 369 U.S. 1-6, 7L.ED 2D 492 p.7

SMITH V. UNITED STATES 507 U.S. 197, 122 L.ED 2D 548 p.7

GATLIN V. UNITED STATES 216 F.3D 207 (2ND CIR 2000) p.7

DELTA PROCESSING SERVICE V. KEMP 397 U.S. 150, 153 p.8

SIERRA V. MORTEN 405 U.S. 727 p.8

CITY OF DAVIS V. COLEMAN 521 F.2D 661 (9TH CIR 1975) p.8

CRAWFORD V. WASHINGTON 541 U.S. 36, 158 L.ED 2D 177, p. 8, p.15, p.22, p.23

INSURANCE CO. OF IRELAND V. COMPAGNIE DES BAUXITES 456 U.S. 695 p.9

WAYMAN V. SOUTHARD 23 U.S. 1, 6 L.ED 254 p.9

UNITED STATES V. LACHER 134 U.S. 624 p.9

PALMORE V. U.S. 411 U.S. 389, 36 L.ED 2D 342 p.10

GLIDDEN V. ZDANOK 370 U.S. 549 p.10

CLEVELAND BD. OF EDUCATION V. LAUDERMILL 470 U.S. 332 p.10

HAMBI V. RUMSFELD 534 U.S. 507 p.10

SIMMONS V. UNITED STATES 199 F.2D 1242 (5TH CIR 1991) p.10

SARIMENTD V. TEXAS BRD. 939 F.2D 1242 (5TH CIR) p.10

CALIFORNIA V. LA RUE 409 U.S. 109 p.11

AMERICAN FIRE AND CASUALTY CO. V. FINN 341 U.S. 6 p.11

GONZALEZ V. REMO 212 F.3D 1338 (11TH CIR 2000) p.11

GORBACH V. RENO 219 F.3D 1087 (8TH CIR 2000) p.11

UNITED STATES V. MAROLF 173 F.3D 1213 (9TH CIR 1999) p.11, p.15

BIEBER V. ASCHCROFT 286 F.2D 696 (3RD CIR 2002) p.11

MISTRETTA V. UNITED STATES p.12

KERNER V. HANES 404 U.S. 519-520, 30 L.ED 2d

BROWN V. UNITED STATES 381 U.S. 437 p.13

SPRINGER, ET AL. V. GOVERNMENT OF THE PHILLIPINES 277 U.S. 189 p.13

MCMULLEN V. UNITED STATES 953 F.2D 761 (2ND CIR 1992) p.13

CAREL ANN BOND V. UNITED STATES 564 U.S. -----, 180 L.ED 2D 269 p.14, p.4, p.7

GIDEON V. WAINRIGHT p. 18

STRICKLAND V. WASHINGTON p.18

CHILDRESS V. GARY L. JOHNSON 103 F.3D 1221 (1997) p.18, p.18, p.18

POWELL V. ALABAMA 287 U.S. 45 p. 18

RUMMEL V. ESTELLE 590 F.2D 103-104 (5TH CIR 1979) p.18

MCMANN V. RICHARDSON 397 U.S. 759 (1970) p.19

SCOTT V. ILLINOIS 99 S.CT 1158 (1979) p.19

ARGERSINGER V. HAMLIN 407 U.S. 25 (1972) p.19

BASS V. UNITED STATES 580 F.2D 669 (DC APP 1990) p.19

UNITED STATES V. LANIER 117 S.CT 1219 p.25

UNITED STATES V. HAYES 589 F.2D 811 (5TH CIR 1979) p.25

## STATUTORY AND PROCEDURAL AUTHORITIES

TITLE 18 USC § 1425 p.23, USC 18 SEC. p.7, TITLE 18,611, p.23

RULE 17 F.R.CIV. P p.2, p.4, p.8, p.9 / RULE 4 p.11/ RULE 1-17 p. 15, 28 USC 132, p.20, 144, 453, p.15

RULES 1-10 F.R.CRIM. P p.2, p.8, p.9, p.11, p.18

PUBLIC LAW 95-147, 91 STAT. 1227 (OCT 28 1977) p.6

TITLE 28 USC § 89 p.2, p.9, p.10, p.12, p.13, p.15, p.16, p.17, p.24, p.24, TITLE 28, 2255, 2241, p.3

TITLE 28 USC §§ 1331 - 1332 p.7, p.10, p.10, p.10 / TITLE 28, 1359, p.7, 1346

TITLE 18 USC § 912 - 913 p.7, p.12, p.23

TITLE 18 USC § 3231 p.3, p.10, p.11, p.28

TITLE 28 ACT OF JUNE 25, 1948 JUDICIARY AND JUDICIAL PROCEDURE. C. 646 : 1, 62 STAT.
869 PERTAINING TO LEGISLATIVE CONSTRUCTION @ § 32, 62 STAT. p.7, p.9, p.12, p.13

TITLE 5 USC § 701 ET SEQ. p.3

TITLE 18 USC § 1001 p.2, p.8, p.13, p.14, p.14, p.15, p.15, p.16, p.17, p.21, p.23, p.23, p.24, p.24

TITLE 18 USC §§ 241-242 p.2, p.5, p.14, p.18, p.21, p.23, p.24, p.25, p.25, p.28

TITLE 18 USC § 23 p.9, p.11

RULE 54(A) AND 54(C) F.R.CRIM.P p.9, p.11

TITLE 18 USC § 1509 p.14, p.24, p.24, p.24, p.28 / USC 18, 956, p.17, TITLE 18, SEC. 1503, p.24, 18 SEC. 1505 p.?

TITLE 18 USC § 1513 p.16, p.21, 1512 p.16

C+R 27, SEC. 4211, p.24

## CONSTITUTIONAL AUTHORITIES

ARTICLE I § 9 p.20, p.20

ARTICLE III § 2 p.3, p.10, p.11, p.12

THE BILL OF RIGHTS AMENDMENT 1. p.14

AMENDMENT 5 p.27

AMENDMENT 6 p.27

AMENDMENT 9 - 10 p.14

21

## IN COMPLIANCE WITH RULE 14(d)

### CITATION OF THE REPORTS

1.    COURT OF APPEALS FOR THE ELEVENTH CIRCUIT   NO. 10-12909,   DOCKET # 8:08-CR-00425-SDM-TGW-1.    UNPUBLISHED OPINION   IN A SEALED CASE.    DORECT APPEAL DEC. 22-2011
**Pages xiii - xxii.**

2.    PETITION FOR WRIT OF CERTIORARI TO THE SUPREME COURT   2011-2012 TERM   DENIED
**Page xxiv.**

3.    COURT OF APPEALS FOR THE ELEVENTH CIRCUIT   NO. 10-12909-GG   PETITION FOR EN BANC REHEARING.   DENIED   FEB 15 2012
**Page xxiii.**

## JURISDICTION OF THIS COURT TO ISSUE ORIGINAL WRIT
## OF HABEAS CORPUS

"Federal Court Habeas Corpus jurisdiction is conferred by the allegation of unconstitutional imprisonment / Restraint, for which the Jurisdictional prerequisite is ... detention simpliciter" FAY V. NOIA 372 U.S. 391, 426-430. "The privilege of the Writ of Habeas Corpus shall not be suspended, unless in cases of rebellion or invasion the Public Safety may require it" Article I § 9 Cl. 2, U.S. Constitution, which necessarily compells judicial action" [not administrative] FAY V. NOIA (supra) quoting, EX PARTE YERGER 75 U.S. 85. When this clause was written into the Federal Constitution it was settled that the writ lay to test any restraint contrary to fundamentsl law... embodied in the written constitution' 372 U.S. at 405-426. "At the absolute minimum the Suspension clause protects the writ as it existed in 1789" INS. v. St. Cyr 533 U.S. 289, 301 (2001) quoting, FELKNER V. TURPIN 518 U.S. 651, which encompessed errors of law, including the erroneous application or interpretation of statutes and was available to answer pure questions of law' **like those raised in this case where affiants imprisonment arises from deprivation of rights and contrary to fundamental principles of law and erroneous application and interpretation of statutes.** 533 U.S. @ 303-305.

This FEDERAL Court has explicit appellate jurisdiction and jurisdiction to entertain and grant writs of Habeas Corpus to addres unconstitutional custody and restraint, 28 USC § 2241(a) "Writs of habeas corpus may be granted by the Supreme Court" **also** 28 USC § 1651(a) " The Supreme Court may issue all writs necessary or  appropriate in the aid of its jurisdiction, and agreeable to the usages and principles of law". In considering § 14 of the **1789 Judiciary Act,** now 28 USC § 1651(a) this court recognized that the original writ of habeas corpus issue from the United States Supreme Court as part of its appellate jurisdiction. EX PARTE BOLLMAN, 8 U.S. (4 CRANCH) 75, 94-95. EX PARTE YERGER 75 U.S. @ 98-99, EX PARTE LANGE 85 U.S. (18 WALL) 163-166.

THUS THIS PETITION FOR ORIGINAL CONSTITUTIONAL WRIT OF HABEAS CORPUS IS PROPERLY BEFORE THIS COURT TO ADDRESS THE UNCONSTITUTIONAL AND ILLEGAL RESTRAINT OF AFFIANT.

## IN THE UNITED STATES ~~FEDERAL~~ COURT

CASE STYLE

TITLE 28 § 89 U.S.D.C
ADMINISTRATIVE TRIBUNAL CASE #

UNITED STATES OF AMERICA INC.

V.                                                    8:08-CR-425-T-23TGW

CAREL A. PRATER

### STATEMENT OF THE CASE OVERALL FACTS OF THE CASE

### CONSTITUTIONAL WRIT OF HABEAS CORPUS
### PER ARTICLE I § **9** DULY PRESENTED IN LEGAL AFFIDAVIT FORM

CONSTITUTIONAL WRIT OF HABEAS CORPUS, WITH RESPECT TO A PURPORTED
CRIMINAL CASE BROUGHT BY THE UNITED STATES OF AMERICA. THIS
PETITION IS TO BE ADJUDICATED IN AN ARTICLE III CONSTITUTIONAL
COURT OF LAW EXERCISING THE JUDICIAL POWER OF THE United States
AND DUE PROCESS OF LAW ENCOMPASSING THE FIFTH, SIXTH AMENDMENTS
AND ARTICLE III OF THE CONSTITUTION.

#### OATH OF AFFIANT

I, Carel Alfonso Prater, Sui juris, Jus soli, do hereby attest under oath and penalty of perjury under the
Common Law of America, my commercial liability and any other body of law that can be proven to apply to me,
that I am of majority in age and psychologically competent to set forth the following facts, statements,
claims and allegations of which I have First hand knowledge and know to be true and not intended to mislead,
as they are the truth, the whole truth and nothing but the truth , so help me God.

**Date.**
Carel Alfonso Prater, Private secured party, the real party in interest
without prejudice all rights reserved UCC :: 1-308 and 1-103

#### OPENING STATEMENTS OF FACT

Affiant is a Seventy Five year old American by birth right, domiciled within the
boundaries of one of the State republics, and who has never committed any        Federal
offense and has no Federal record. He is not a Federal citizen, employee or tax payer
nor subject to the legislative territorial statutory provisions of the Federal United
States. Nevertheless Affiant has been illegally and unconstitutionally persecuted
arrested and imprisoned under false pretense of lawful authority and law,        under
purported to be Federal Criminal Statutes,(Internal revenue Service Statutes), which
do not apply to him or include him in the language thereof **and where he has not
committed any criminal offense whatsoever against the** legitimate Federal United States,
its government, THE UNITED STATES OF AMERICA INC.,  or the INTERNAL REVENUE SERVICE
of the TREASURY the receiver for, and collection agency on the Federal bankruptcy.

The false imprisonment Affiant has been subjected to for a term of 28 years is in
fact and effect a life, (or death sentence), for 75 year old Affiant and is beyond
cruel and unusual especially where the entire sentence and imprisonment is        illegal
and arises **solely from the corrupt persecution of Affiant by the Internal revenue
Service and its Agents** manning the Title 28 tribunal in retaliation for Affiants free

exercise of Constitutional Rights of Free speech and the right to privately contract with others in conducting his private business, in exposing the fraud and criminal malfeasance being executed by the I.R.S. against the People of America, thus exposing crimes being committed against the American People in my role as a tax protester.

Wherefore I Carel Alfonso Prater, (hereafter Affiant), hereby invoke and act to exercise my Constitutionally guaranteed and legally protected right to Habeas Corpus and Due Process of Law under the Judicial Power of the United States and in accordance with the Fifth and Sixth Amendments and Article III, any violation or deprivation thereof or interference therewith whether done under color of law or otherwise is a Federal Criminal offense per 18 USC §§ 241, 242, and 1509 and any claim or statement to the Contrary is punishable under 18 USC § 1001.

> " Where rights secured by the Constitution are involved there can be no rule making or legislation that would abrogate them." **MIRANDA V. ARIZONA 384 U.S. 436** " A Defendant cannot be prosecuted absent statutory authority to authorize the Prosecution." KRULWITCH V. UNITED STATES 69 S.CT 716, n.22. " All officers of the Government from the highest to the lowest are creatures of the law and bound to obey it." DAVIS V. PASSMAN 442 U.S. 228. **The Constitution is the Supreme Law of the Land. " Statutes do not take precedent over constitutional law."** JAMES V. KENTUCKY 466 U.S. 341. " One may be subject to punishment for a crime in a Federal Court only for the commission or ommission of an act defined by statute or regulation **having legislative authority** [in this case neither the Statutes or the tribunal possessed legislative authority] , **and then only if punishment is authorized by congress.** [in this case the punishment of sovereign American was not and could not be authorized by Congress]. The unambiguous words of a statute which impose criminal penalties are not to be altered by judicial construction so as to punish one not otherwise within its reach, however deserving of punishment his conduct may be." [In this case the corrupt construction of inapplicable to Affiant statutes was used so as to subject affiant to unlawful punishments]. VIERICK V. UNITED STATES 318 U.S. 236, 87 L.ED 734 . EMPHASIS AND NOTES ADDED.

**Because Affiant is not a Federal United States citizen, National or resident** or Fourteenth Amendment citizen, as delineated under 18 USC § 4001, 8 USC § 1401, Title 26, or any Federal Statutory provision, nor a Corporate citizen of the UNITED STATES OF AMERICA INC./subject. **But rather a private secured Party sovereign American** as established and guaranteed by the Declaration of independence and the American Constitution and the principle of 'Jus soli' who is domiciled within the territorial boundaries of the Florida Republic **and not within** the Federal Domain, Territory or forum, he is exempt from any suit or action brought by the Federal United States pursuant to **Rule 17 F.R.Civ. P,** and Rules 1 through 7 **F.R.Crim.P. Ab Initio / Nunc Pro Tunc.**

The foregoing constitutes a Specific Negative Averment **which has long been** Publicly Recorded; see. MANFIELD C. & L.M.R. V. SWAN 111 U.S. 379. also 456 U.S. @ 702-703.

Foot Note: The true nature of the case against Affiant is a persecution for Affiants free exercise of constitutionally guaranteed and legally protected rights executed under fraudulent pretense of a criminal action and lawful authority and executed in a **Kangaroo Court** lacking in all jurisdiction **(wholly ultra vires)** and acting with complete disregard for, and in contempt and violation of the F.R.Crim.P., Statutory Law, and the decisions and decrees of the Supreme Court, and where no Statutory or constitutional authority existed. This was accomplished by Officers of a Title 28 USC § 89 Agency acting so far beyond constitutional constraints and unlawfully **as to provide proof that the United States could not be a party to the action,** regardless of the fraudulent misrepresentations of the officers of that tribunal.

**Furthermore because Affiant is not** A Federal Citizen, Resident, Employee, Contractor, Subject or Franchise, **nor** a licensed and registered corporation engaged in Public Commerce, (thus not regulable under Federal Commercial regulatory statutes or its Article I authority to regulate commerce), and because I **do not** partake in any Congressionally or Federal Administratively created right or privilege, **and am not under any contractual obligation to the legitimate Federal United States, or   THE UNITED STATES OF AMERICA INC. or any Agency thereof, I am not subject to the Public Rights or Public Policy Doctrines thereof** nor the corrupt and convoluted summary Due Process procedures thereof governed by Title 5, [A.P.A]. **Thus I hereby do not exercise some administratively created right or remedy under** Non Positive law provisions of Title 28 USC § 2255 or 2241 **(Federal Public Policy Administrative Civil Remedy),** which has never applied to me in absence of some legitimate contractual obligation or proof positive that I am a Federal United States citizen, neither of which exist.

I am a private sovereign American engaged solely in my constitutionally protected Private Business without the jurisdiction of the Federal United States <u>HALE V. HENKEL 201 U.S. 43.</u>    **I HAVE NEVER NATURALIZED UNDER THE 14TH AMENDMENT VIA TITLE 8,** so as to become a Federal citizen, nor have I entered in to any contract with the Federal United States where I knowingly and willfully forfeited or waived any constitutional rights, protections or sovereignty . ( Specific Negative Averment pursuant to Rule 9(a) F.R.Civ.P).

I have never consented to the jurisdiction/authority of the Title 28 Administrative Agency Tribunal (Kangaroo Court) rather I was by force **(vi et armis)** in chains, at gunpoint and by fraud forced to appear in that tribunal and via coercion, duress and deceit by and from officers of that tribunal compelled to submit a plea,(fraud), for the purpose of accommodating <u>a known to be false presumption</u> that I was subject to and had consented to the jurisdiction of that tribunal. This was facilitated  by the  lack of any meaningful assistance of counsel **nevertheless the Title 28 tribunal lacking in criminal subject matter jurisdiction cannot accept any plea in a criminal case , and Affiant invoked the right to have the proceedings adjudicated in an Article III constitutional court** (See 18 USC § 3231), thus this conviction must be overturned.

" As a rule Franchises spring from contracts between sovereign Power and private citizens, made upon valuable considerations, for purposes of individual advantage as well as Public Benefit, and thus a Franchise partakes of a double nature and character, so far as it affects or concerns the Public, it is Public juris and is subject to government control." <u>2 AM JUR 22 Franchises § 4.</u>  " Unless a statutory cause of action involves a Public Right, **Congress may not assign its adjudication to a specialized court that is not created under Article III of the Constitution and does not use the jury as fact finders."** <u>GRANFINANCIARA V. NORDBERG 492 U.S. 33.</u>  " The Act creating the (Title 28) UNITED STATES DISTRICT COURT <u>**did not vest that tribunal with any criminal jurisdiction**</u> as conferred by congress under the constitution." <u>HUBBARD V. AMMERMAN 465 F.2D 1169 (5th Cir. 1972)</u> [Eleventh Circuit Precedent]." **The safeguards afforded Article III Judges** were designed to protect litigants belonging to a despised or suspect classes... Life tenure is not created for the benefit of the judges, but for benefit of those judged. **Waiver of the right of the Parties in a Federal forum to have the case determined by Article III must be freely and voluntarily undertaken,"** PACEMAKER DIAGNOSTICS V. INSTROMEDIX 725 F.2D 537.

Affiants invocation of the right to Article III adjudication was ignored by Judge Merryday and , A.U.S.A. Monk and Affiant was forced to appear before the tribunal

via actions taken in contempt and violation of legal constitutional operation of law, and in violation of and non compliance with (Nonfeasance) constitutionally aligned Federal Rules of Procedure required to obtain Jurisdiction, as they were inconvenient to the corrupt scheme being executed by officers of the tribunal acting **wholly ultra vires**, where no party with Standing existed, **See** <u>STEEL CO. 523 U.S. 83,</u> and <u>LUJAN V. DEFENDERS 504 U.S. 555,</u> nor Subject matter or In Personam jurisdiction. **Especially where** Affiant has committed no offense against the Federal United States, which has lacked Common Law authority since <u>ERIE R.R. V. TOMPKINS 304 U.S. 64,</u>(**where no Standing exists there is no law or justice only Persecution and Tyranny exist**), it is for these reasons that neither the officers of that tribunal or the record of the proceedings can establish the jurisdiction of the Tribunal or of those posing as government.

  **The Fraud barratry executed against Affiant** from which this case was born, began with a collusive joinder of some third party never before the tribunal 'THE UNITED STATES OF AMERICA INC.' (Manufactured Diversity) prohibited by 28 USC § 1359 and Rule 17 F.R.Civ. P., and is a far reaching fraud from which myriad issues arise which are herein set forth as <u>grounds for relief</u>, and described as overt acts in a conspiracy against Affiants rights, **however one reoccurring predominant issue which inadvertently manifests itself is that the functionaries of the Title 28 Tribunal acted in absence of all jurisdiction** wholly ultra vires facilitated by fraud used to supress Affiants rights which renders all orders and judgements of the Tribunal Null and Void.

  " Under this newly fashioned regulatory scheme legal claims are not magically converted in to equitable issues by presenting them to a court of equity." <u>ROSS V. BERNHARD 24 L.ED 2D 729.</u> " Waiver of Constitutional rights not only must be voluntary, it must be a knowingly intelligent act done with done with sufficient awarness of the relevant circumstances and consequences." <u>BRADY V. UNITED STATES 397 U.S 742.</u> " Article III of the United States Constitution requires the party who invokes the courts authority to show that he personally suffered some actual or threatened injury as a result of the putatively illegal act of the defendant." [This includes governments] <u>GLADSTONE REALTORS V. VILLAGE OF BELL WOOD 441 U.S. 91-99</u> ... and that the injury fairly can be traced to the challenged actions of the defendant and is likely to be redressed by a favorable decision." <u>SIMON V. EASTERN KENTUCKY 426 U.S. 38-41.</u> " NEITHER THE ADMINISTRATIVE PROCEDURES ACT nor any Congressional enactment can lower the threshold requirements of Standing under Article III." <u>VALLEY FORGE C.C. V AMERICANS UNITED 454 U.S. 464, 70 L.ED 2D 700,</u> also see, CAROL ANNE BOND V. UNITED STATES No. 09-1227 (S.Ct. June 2011). " The Federal Courts are under an independent obligation to examine their own jurisdiction and Standing is perhaps the most important of the jurisdictional doctrines." <u>F/W PBS. INC. V. DALLAS 493 U.S. 215;</u> <u>ALLEN V. WRIGHT 468 U.S. 737-750.</u> Standing cannot be inferred argumentatively from averments in the pleadings but rather **must affirmatively appear in the Record;** IT IS THE BURDEN OF THE PARTY WHO SEEKS THE EXERCISE OF JURISDICTION IN HIS FAVOR CLEARLY TO ALLEGE THE FACTS DEMONSTRATING THAT HE IS A PROPER PARTY TO INVOKE JUDICIAL RESOLUTION OF THE DISPUTE, **the parties must allege facts essential to show jurisdiction and if they fail to make the necessary allegations , they have no standing."** <u>FW/PBS INC. V. DALLAS 494 U.S. 215.</u> AND <u>STEEL CO. V. CITIZENS FOR A BETTER ENVT 523 U.S. 83.</u>

In this case there is no party with standing or congressional authority as the Title 28 USC § 89 Tribunal lacked Criminal subject matter jurisdiction, and there was no procedural Due Process of law executed to bring Affiant within the jurisdiction of the tribunal, nor has Affiant breached any contract as none exists between him and the purported Plaintiff, and the Plaintiff cannot produce any instrument Pursuant to UCC 3-305 (contract or note) obligating Affiant to any specific performance to, or regulable by either the Federal United States, THE UNITED STATES OF AMERICA INC. or the Department

18

of Treasury or the Internal Revenue service thereof, (I.R.S) as **Affiant has never committed any criminal offense against any of those entities,** which in fact have no right or cause of action under the Statutes of the United States as they are not named therein and are not a party thereto.  The I.R.S. is a private independent Agency of the UNITED STATES OF AMERICA INC. A Third Party never appearing before the court and whom generally ply their fraudulent practices under the Uniform Commercial Code, and whom if any legitimate grievance existed against Affiant, should have brought a civil action in the State or executed a Commercial Action, which is now Affiants intent.  Therefore considering the immutable facts that Affiants is under no contract to these entities, that there is no Federal Common Law since ERIE V. TOMPKINS, that the government attorney may only bring an action on behalf of the legitimate Federal United States where Article III Standing Exists, UNITED STATES V. SAN JACINTO TIN, 125 U.S. 273, UNITED STATES V. BEEBE 127 U.S.338, UNITED STATES V. BELL TELEPHONE 128 U.S. 315, STEEL CO. V. CITIZENS 523 U.S. 83,; **What clearly manifests it self** is that none of the officers of that tribunal acted on behalf of, or under authority of the legitimate Federal United States government, a fact evidenced by their wholly unconstitutional and unlawful conduct. Thus said officers have acted under fraudulent pretense of authority of the Federal United States government in **criminal violation of** Title 18 USC §§ 241, 242, 912, 1001, 913 and 654, while in fact acting on behalf of the private interest of their Pay Master THE UNITED STATES OF AMERICA INC. /A/K/A, The International Bankers, Federal Creditors, and receivers on the Federal bankruptcy, and their accounting and collection branches the I.R.S. and Treasury.  **If the Plaintiff had any legitimate cause of action** it should have manifested a Civil action executed in the State of Florida **as any corporation would have, however because of the fraudulent and illegal nature of the action** ( persecution for free exercise of protected rights) **the action had to be brought into their own kangaroo court resulting in Affiants false arrest, conviction and imprisonment.**  All done in absence of any party with standing, and where the entire action stems from    a corrupt collusive joinder/collusive action and false pretense of Due Process intended to subvert Affiants rights of Due Process of law and Article III adjudication,        all accomplished via collusion of the officers of the Title 28 Tribunal [Steven Merryday and Robert Monk] et.al,.  **In fact and effect The statutory Administrative Law Judge and prosecutor (executive officers** have executed a Bill of Attainder accommodated       by fraud and warranting immediate dismissal) **and thus engaged in criminal malfeasance** used to deprive and subvert Constitutional rights and protections with intent to persecute and punish Affiant for exercising his rights of free speech and conducting his own private business irrespective of the Federal United States and in a manner beneficial to his fellow American, but detrimental to the fraud and treason being perpetrated against them by the I.R.S. and its special tribunals.

NOTE: The mention of deprivation of Due Process of Law means constitutional Due Process.

See, DIVERSIFIED METALS V. T-BOW TRUST, INTERNAL REVENUE SERVICE AND STEVE MORGAN (CIV # 93-405-E-EJL,(7TH CIR IDAHO) wherein the government admitted that the I.R.S. is not an Agency of the Legitimate Federal United States Government, but rather a subsidiary of THE UNITED STATES OF AMERICA INC. Also see UNITED STATES ATTORNEYS MANUAL 6-4.270 Criminal Divisions Responsibility, Establishing that the United States Attorney had no authority or responsibility to prosecute Affiant for the contrived allegations of Tax related matters. Also see Manufactured Diversity / Collusive Joinder, which is what the Administrative Law Judge and Prosecutor engaged in so as to fabricate this case and accommodate the Deprivation and violation of Affiants Constitutional Rights and Protections under the Bill of Rights and Article III.

Via this case Affiant has been subjected to a parody of judicial procedure in a Kangaroo Court (Special Administrative Court) where the burden of proof was removed from the prosecution, the presiding officers acted in collusion to stifle,     sabotage and prevent the jury from hearing Affiants defense, prevent him from producing witnesses and prevent him from cross examining the governments witnesses, in a proceeding which was wholy manipulated to the benefit of the I.R.S.  Whereby the jury was intentionally denied the assessment of critical material facts which would have served to exonerate Affiant, and the juries role as finders of fact was wholly usurped, in violation of Winship, Jones (1999), Apprendi (2000) and its progeny all the way through Alleyne (2013).  **As a result of the fraud of the tribunal / its officers Affiant has revoked and rescinded all signatures and pleas** obtained from him respecting the case, as all such were obtained via fraud, duress and coercion which negates any presumed contract or consent.

ADHESION CONTRACTS do not bind the citizen to a commercial contract, without the Six elements of a valid contract, non exists." Public Law 95-147, 91 Stat. 1227 (Oct. 28, 1977).  To have a valid Contract there must be; (1) Two or more parties involved; (2) A valid offer and acceptance of valuable consideration; (3) Parties who are of legal age and competent understanding; (4) a termination date; (5) full disclosure, and (6) The Contract must be voluntary in nature.
"An agreement [Consensual Contract] obtained by duress, coercion, or intimidation is invalid since the party coerced is not exercising his free will, and the test is not so much the means by which the party is compelled to execute the agreement, as the state of mind induced." BROWN V. PIERCE 74 U.S. 205.  " Duress like Fraud ... becomes material where a contract or conveyance was made  which the maker wishes to avoid. As a general rule duress renders the contract or conveyance voidable." BARNETT V. WELLS FARGO 270 U.S. 438.

Because Affiant rescinded and revoked all signatures and pleas in this case as all were obtained by fraud, and where he committed no offense against the United States and is under no contract thereto or to the I.R.S., Affiant pursuant to the Uniform Commercial Code § 3-305 has the right to see the instrument creating any specific performance obligation or debt which he has breached, warranting the action brought by the I.R.S. or the United States. **Thus Affiant requires this court to compell the government to produce / show    said instrument / contract   and the party with Article III standing or otherwise to immediately dismiss this case against Affiant..**

FOOT NOTE:  Fraud consists of intentionally suppressing the truth as to material facts as well as affirmative misrepresentations." EX REL PERCUS V. KARNUTH 28 F.SUPP. 595, 598 (D.C. NY). Fraud is an artifice by which the rights or interests of another are injured; A deception; Fraud vitiates the most solemn contract." UNITED STATES V. THROCKMORTON 98 U.S. 61 @ 65. "Fraud destroys the validity of everything into which it enters." NUDD V. BURROWS 91 U.S. 426.  " FRAUD vitiates everything ". BOYCE V. GRUNDY 3 PET 210. ;  KANGAROO COURT = A tribunal lacking in proper authority that renders illegal or mock judgements." AMERICAN CENTURY DICTIONARY . " A court or illegal self appointed Tribunal characterized by irresponsible, irregular, or perverted procedure.' WEBSTERS Dictionary of Law. " A self appointed Mob-Operated tribunal that disregards or parodies existing principles of law , or human rights. Any crudely or irregularly operated court , especially one so controlled  to render fair proceedings impossible." RANDOM HOUSE DICTIONARY. Aptly describing the Title 28 Tribunal .

## SUPPORTING MEMORANDUM OF LAW

" A UNITED STATES DISTRICT COURT is an "inferior" court, i.e. inferior to the United States Supreme Court. The UNITED STATES DISTRICT COURT is a tribunal created by congress under the powers given to congress by Article 1 § 8 clause 9 of the United States Constitution, ROMERO V. INTERNATIONAL TERMINAL CO. 358 U.S. 354 . THE CREATION AND COMPOSITION OF THE UNITED STATES DISTRICT COURT is presently set forth in Title 28 USC § 132. A UNITED STATES DISTRICT COURT has only such jurisdiction as the Congress confers upon the court." EASTERN METALS V. MARTIN 191 F. SUPP 245

" WHAT CLEARLY REMAINS SUBJECT TO ARTICLE III are all criminal matters with the narrow exception of of military crimes." NORTHERN PIPELINE V. MARATHON PIPELINE 73 L.ED 2D 617 N. 25. " THE FEDERAL COURTS ARE UNDER AN INDEPENDENT OBLIGATION to examine their own jurisdiction and Article III standing is perhaps the most important of the jurisdictional doctrines." ALLEN V. WRIGHT 468 U.S. 737, FW/PBS V. DALLAS 493 U.S. 215.

" The Administration of criminal justice under our Federal system has resided with the state, Congress does not have authority to expand the jurisdiction of the Federal Government beyond that established by the constitution through its statutory provisions." JEROME V. UNITED STATES 318 U.S. 104-105. " THIS COURTS CASES FIRMLY ESTABLISH that Congress may not expand the jurisdiction of the courts (Title 28 Tribunals) beyond the bounds established by the constitution, federal statutes cannot grant jurisdiction or take away jurisdiction, HODGSON V. BOWERS BANK 5 CRANCH 503, KLINE V. BURK CONSTRUCTION CO. 260 U.S. 234, 67L.ED . 226 A Federal action must not only satisfy Article III but must also be supported by a statutory grant of subject matter jurisdiction. [095] VIRLENDEN V. CENTRAL BANK OF NIGERIA 461 U.S. 480.

" The UNITED STATES DISTRICT COURT is not a court of General Jurisdiction and has no other power bestowed upon it , except as prescribed by congress." GRAVES V. SNEAD 541 F.2D 159 [NO CRIMINAL SUBJECT MATTER JURISDICTION] , HUBBARD V. AMMERMAN (supra)

"It is well established principle of law that all federal legislation applies only within the territorial jurisdiction of the Federal United States unless a contrary intent appears." FOLEY BROTHERS V. FILARDO 366 U.S. 145. " It is presumed that all congressional legislation unless a contrary intent appears is meant to apply only within the Territorial jurisdiction of the Federal United States...in applying this rule of construction, the court looks at whether language in the relevant legislation gives any indication of a congressional purpose to extend its coverage beyond places over which the Federal United States has sovereignty or has a measure of legislative control... [Exclusive or concurrent jurisdiction]. Unless the affirmative intention of congress is clearly expressed, the court must presume that congress is merely concerned with domestic conditions." EEOC. V. ARABIAN OIL CO. 499 U.S. 244, 113 L.ED 2D 274 " A widespread similarity of domestic conditions cannot confer upon congress powers reserved to the sovereign American States by the Constitution ." UNITED STATES V. BUTLER 279 U.S. 9. [ALSO THE 9TH AND 19TH AMENDMENTS AND CAROL ANN BOND V. UNITED STATES]

What is evident is that The Title 28 Tribunal and the officers thereof in absence of any contractual obligation of Affiant, Could not possibly have been acting with congressional authority and under authority of the United States [See 18 USC §§ 912 and 913] and have thus acted wholly illegally under false pretense of authority.

" The government of the [Federal] United States is foreign to the states of the union, within the rule of private International Law, the penal statutes of one sovereignty will not be enforced by another." WISCONSIN V. PELICAN INS. CO. 127 U.S. 265. SOLOMON V. FARLEY 82 F. SUPP. 25 (1949) . " Legislation of Congress, unless a contrary intent appears, is construed as applying only within the Territorial Jurisdiction of the Federal United States in applying this principle the courts must assume that Congress legislates against the backdrop of the presumption against extraterritoriality; [@554] our construction of the term 'foreign country' draws support from the language of [28 USC § 1346(b)] the principal provisions of the Federal Tort Claims Act, RICHARDSON V. UNITED STATES 369 U.S. 1-6, 7L.ED 2D 492. That section waves the sovereign immunity of the Federal United States for certain torts committed by Federal employees, under circumstances where the Federal United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." SMITH V. UNITED STATES 507 U.S. 197, 122 L.ED 2D 548. " In determining whether a Federal Statute Applies extraterritorially, courts are guided by a general presumption that acts of congress do not ordinarily apply outside of our borders [Washington D.C., etc.] ... The presumption against extraterritoriality applies to crimes against private individuals and their property, like assaults, murder, burglary, larceny, robbery, arson, embezzlement, and frauds of all kinds. Absent clear evidence of congressional intent to apply a statute extraterritorially Federal Statutes apply only within the Federal United States, SMITH V. UNITED STATES 507 U.S. We conclude contrary to the District Court that Title 18 U.S.C. § 7 (3) does not apply extra territorially... It is long standing principal of American Law that legislation of Congress, unless a contrary intent appears, it is meant to apply only within the territorial jurisdiction of the Federal United States." GATLIN V. UNITED STATES 216 F.3D 207 (2ND CIR 2000) " No inference of legislative construction is to be drawn by reason of this Chapter in Title 28 Judiciary and Judicial Procedure, as set out in section 1, of this Act in which any section is placed, nor by reason of the catch lines used in such title." The Act of June 25, 1948 creating Title 28, [No legislative Authority] Judges or Courts, found at C. 646, Sec 1, 62 Stat. 869 with its general disclaimer pertaining to legislative construction @ , § 32, 62 Stat.

" Neither the Administrative Procedures Act [Title 5 U.S.C. : 701 et.seq] **nor any congressional enactment**, can lower the threshold requirements of **Standing under Article III** of the Constitution." VALLEY FORGE V. AMERICANS UNITED 454 U.S. 464. also 70 L.ED 2D 941.

" The importance of concentrating on the complaint is fortified by the test outlined in **DELTA PROCESSING SERVICE V. KEMP 397 U.S. 150,153.** in which an injury in fact that is arguably within the zone of interest to the protected or regulated by Statute, or Constitutional guarantee in question must be shown. In addition the test requires that the complainant himself be among the injured. **SIERRA CLUB V. MORTON 405 U.S. 727. This test has not been limited to Private Individuals, but held to include governmental units as well, CITY OF DAVIS V. COLEMAN 521 F.2D 661 (9TH CIR 1975)**, as even the oldest cases indicate these requirements **cannot be evaded** by an assertion of non statutory authority . Thus **"the government must show that, like the private individual. It has such interest in the relief sought as entitles it to move in the matter ." UNITED STATES V. SAN JACINTO TIN CO.** 125 U.S. 273,283 [Explaining why the governments suit must fail as it is being brought for the benefit of some Third Party THE UNITED STATES OF AMERICA INC /I.R.S]

SCHLESINGER V. RESERVEST TO STOP THE WAR 418 U.S. 208
UNITED STATES V. MATSON 600 F.2D 1295 (9TH CIR. 1979) @ 1300
CHICAGO STEEL CO. V. CITIZENS FOR A BETTER ENVT. 523 U.S. 83
LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555.

## ISSUES

Corrupt administrative construction of statutes (Malfeasance) used to implicate Affiant who is not subject to the Non Positive Law statutes of the United States or the I.R.S.

Neither Article III (constitutional) nor statutory authority existed for the court and government to proceed against Affiant.

The entire case against Affiant is merely a tyrannical persecution against Affiant for his free exercise of the unalienable, legally and constitutionally protected rights of Free speech, to contract and labor in conducting his private business within the State Republic and without the Federal United States HALE V HENKEL 201 U.S. 43

Affiant was fraudulently and criminally deprived of the right to Article III trial and adjudication and all constitutional Due Process of Law in what the Court and Government fraudulently misrepresented to be a criminal prosecution.

The Court and government fraudulently and criminally (18 USC § 1001) misrepresented the action against Affiant to be a criminal action, when in fact it was a commercial action executed under admiralty and [A.P.A] procedures where no party with contract or standing existed and where no Common Law authority exists, ERIE V. TOMPKINS 304 U.S.

Officers of the Title 28 Tribunal acted corruptly and in collusion to stifle and to deprive Affiant of a trial defense, so as to conceal material exonerating facts from the trial jury.

Officers of the Tribunal corruptly acted in interfering with and depriving Affiants right to counsel.

Officers of the Title 28 Tribunal corruptly deprived Affiants right to cross examine government witnesses CRAWFORD V. WASHINGTON , and deprived Affiant the right to compel witnesses in his defense, leaving Affiant with no defense, no witnesses, and no opportunity to cross examine government witnesses, and no aid of counsel in his mock trial proceedings, thus deprived of all 5th and 6th Amendment Due Process.

**FOOT NOTE:** (A) Had the prosecutors and the Administrative Law Judge complied with F.R.Crim.P. 1 through 7 and the F.R.Civ. P 1 through 17, they could not have executed any action against Affiant, thus demonstrating the illegality of their conduct and the action. (B) **The legislative Disclaimer contained within the Act creating the Title 28 Tribunals establishes their lack of legislative authority, when stating that;** " No inference of Legislative construction is to be drawn by reason of this chapter in Title 28, Judiciary and Judicial Procedure, as set out in section 1, of this Act, in which any section is placed, nor by reason of any catch lines used in such title." **Act of June 25. 1948 found @ C.646. Sec 1. 62 Stat. [§32 62.Stat]**

## SECTION II.  THE ISSUES

Affiant has been subjected to a profound fraud by executive officers/functionaries of a Title 28 USC § 89 Statutorilly Promulgated Commercial Administrative Agency Tribunal <u>lacking</u> in <u>legislative authority</u> and <u>criminal subject matter jurisdiction</u>, thus resulting in **Affiants false arrest and imprisonment** upon the basis of the false claim that Affiant violated Statutes which **did not** apply to him **and which he is factually innocent of.**  These results were corruptly obtained under fraudulent pretense of a criminal action executed by the United States against Affiant, where no party with right or cause of action or the legally required Article III Standing existed, and where what in fact occurred was merely the illegal persecution of Affiant via statutes for his free exercise of the Constitutional Rights of Freedom of speech and conducting his own private business within the State Republics <u>without</u> the Jurisdiction of the Federal United States or, THE UNITED STATES OF AMERICA INC. **The Record of the proceedings prove the Tribunal and governments lack of jurisdiction as well as the purported Plaintiffs lack of right and cause of action,** as does Title 28 USC §§ 1331 and 1332, as the entire action against Affiant was executed under **False Pretense** of judicial proceedings where due to the Judge and Prosecutors intentional **lack of Compliance** with constitutional Judicial and Statutory procedural requirements, In Personam Jurisdiction over Affiant was never obtained, <u>MANSFIELD C. & L.M.R., V. SWAN</u>,  INSURANCE  CO.  OF  IRELAND  V. COMPAGNIE DES BAUXITES,(infra) and <u>F.R.Crim. P 1 through 7</u>, <u>F.R.Civ. P 1 through 17</u>.

---

" The practice of creating administrative Agencies who perform Administrative work in addition to judicial work, **threatens to develop a fourth branch of government for which there is no sanction in the constitution.** Their is a conflict of principle involved in there make-up and functions. They are vested with duties of administration and at the same time are given important judicial work. The evils resulting from this confusion are insidious and far reaching.  Pressure and influences properly enough directed towards officers responsible for <u>formulating and administering policy</u> may constitute an unwholsome atmosphere in which to adjudicate private rights.  But the mixed duties of the commissions render escape from these subversive influences impossible, furthermore the same men are obliged to serve both the prosecutors and judges. It is also clear that Administrative Agencies clearly violate the separation of powers principles of the constitution as they engage in executive, legislative and judicial functions as they operate to administer their regulations."

<u>President Roosevelt, House report # 1980 May 3, 1946</u>
Legislative History of the Administrative Procedures Act
and the creation of unconstitutional Administrative Courts.

---

" The Act creating the UNITED STATES DISTRICT COURT [Title 28 The Act of June 25, 1948] **did not vest that Tribunal** with any criminal jurisdiction as is conferred by Act of Congress under the Constitution." <u>HUBBARD V. AMMERMAN</u> 465 F.2D 1169 (5th Cir 1972) Eleventh Circuit Precedent.  " Via the Judiciary Act of 1789 and 1792 congress established **Article III district courts** of  the  United States as Common Law Courts **this was mandated by the Fifth, Sixth and Seventh Amendments which secure Due Process of Law for the sovereign American People.**"  WAYMAN V. SOUTHARD <u>23 U.S. 1, 6 L.ED 254</u>.

---

In essence and fact what the law reveals is that the Title 28 USC § 89 UNITED STATES DISTRICT COURT is merely an unconstitutional tribunal proceeding unconstitutionally in absence of jurisdiction, it is not the Title 18 USC § 3231, **district court of the United States,** nor is it a legislative territorial court delineated at 18 USC § 23 or Rule 54 of the F.R.Crim P.

" There can be no Constructive Offense, and before a man can be punished his case must be plainly and unmistakably within the Statute." <u>UNITED STATES V. LACHER 134 U.S. 624</u>

"The District courts of the United States shall have original jurisdiction exclusive of the courts of the states of all offenses  under the laws of the United States.   **Nothing in this Title shall be held** to take away or impair the jurisdiction of the courts of the **several states** under the laws thereof."

**18 U.S.C. § 3231**

" No authority need be cited for the proposition that when a court lacks jurisdiction any judgement rendered is void and unenforceable... and without any force and effect whatsoever." HOOKER V. BOLES 346 F.2D 285,286.

Title 18 USC § 3231, is a Jurisdictional Statute establishing that it is the Article III Constitutional district court of the United States, (delineated therein), which possess original and exclusive jurisdiction over the Title 18 Criminal offenses of the United States. Thus establishing that The  Title 28 USC § 89 UNITED STATES DISTRICT COURT could not have any criminal subject matter jurisdiction which is a fact supported by the language of 18 USC §§ 1331 and 1332. Moreover § 3231 states policy concerning the proper administration of Judicial Power, and encompasses language supporting and preserving the 9th and 10th Amendments and the authority of the People and the several States, establishing that the federal Court cannot come into the state and usurp the authority of law enforcement agencies and courts of the several states.

" Federal Jurisdictional Statutes are to be construed with precision and with Fidelity to the terms by which congress has expressed its wishes,,,Congress was not required to provide an Article III court for the trial of criminal offenses arising under its laws **applicable only in the District of Columbia.**"

PALMORE V. UNITED STATES 411 U.S. 389, 36 L.ED 2D 342

"When a statute claimed to restrict authority is not merely technical but embodies strong policy concerning the proper administration of judicial business this court has treated the alleged defect as jurisdictional and agreed to consider it on direct review even though not raised at the earliest practicable opportunity. **The constitution nowhere makes reference to legislative courts** the power given to congress to constitute tribunals inferior to the Supreme Court, relates to inferior courts provided for under Article III § 1. @ n.16 The term **UNITED STATES DISTRICT COURT denotes a non Article III Federal Territorial Agency having the appearance of a court and composed of judges enjoying statutory assurance of life tenure.**"

GLIDDEN V. ZDANOK 370 U.S. 549

"The Due Process clause provides that the substantial rights of life, liberty and property, cannot be deprived except pursuant to constitutionally adequate procedure [@ 498] the right to due process is not conferred by legislative grace, but rather by constitutional guarantee." CLEVELAND BOARD OF EDUCATION OF EDUCATION V. LOUDERMILL 470 U.S. 532.  " The gist of the Due Process clause as understood at the founding and since, is to force government to follow the Common Law procedures  traditionally deemed necessary before depriving a person of life liberty or property."

HAMBI V. RUMSFELD 534 U.S. 507

" The jurisdiction of the Federal Courts to try a criminal case is subject to the controlling provisions of the Constitution." SIMMONS V. UNITED STATES 119 F.2D 1242 (5TH. CIR. 1991) Cert Denied 314 U.S. 616.  " Federal Courts are empowered to hear only those cases that are within their constitutional grant of power." SARIMENTO V. TEXAS BRD. 939 F.2D 1242 (5TH CIR)  " The Act creating the UNITED STATES DISTRICT COURT (Title 28 Act of June 25. 1948) did not vest that tribunal with any criminal jurisdiction as is conferred by Act of Congress under the Constitution." HUBBARD V. AMMERMAN 465 F.2D 1169 (5th Cir. 1972) Eleventh Circuit Precedent.

In summary the Title 28 Tribunal Had no criminal subject matter jurisdiction, and that tribunal is neither the United States District Court delineated at 18 USC § 23 and Rule 54 F.R.Crim.P. nor is it the Article III constitutional Court possessing original and exclusive jurisdiction over the criminal offenses under the laws of the United States delineated at 18 USC § 3231;   A **jurisdictional Statute encompassing strong policy concerning the proper administration of judicial business and in fact prohibiting the Title 28 Tribunal from entertaining any criminal action.** Furthermore in that there has been no Federal Common Law since <u>ERIE R.R. V. TOMPKINS 334 U.S. 64</u> the legitimate Federal Government cannot bring a criminal action against a sovereign American Affiant domiciled within one of the State Republics, especially since After the Supreme Courts Declaration in <u>ERIE R.R. v. Tompkins</u> the only authority left to the government is Equity and Admiralty. **Thus is exposed in part,** the fraudulent nature of the case and charges against Affiant when considering that there is no Federal Common Law, that the tribunal had no criminal subject matter jurisdiction and is in fact a statutorilly created Administrative commercial Agency , and that the only authority under which the legitimate government can act is Admiralty and Equity, **wherefore the claim that the action against affiant was criminal was clearly a fraud concealing some type of Admiralty Equity proceedings,** and thus sabotaging any criminal defense which Affiant could have presented, as the proceedings in fact were neither judicial or criminal, rather some type of Administrative Commercial summary scheme in Admiralty executed under false pretense of law, via special rules known only to the officers of that tribunal and used to deprive Constitutional Due Process.

" Subject Matter Jurisdiction is an Article III as well as statutory requirement; it functions as a restriction on Federal Power, and contributes to the characterization of the Federal sovereign. Certain legal consequences directly flow from this. For example, no action of the parties can confer subject matter jurisdiction upon a federal court. Thus the consent of the parties is irrelevant <u>CALIFORNIA V. LaRUE</u> 409 U.S. 109, principles of estoppel do not apply. <u>AMERICAN FIRE AND CASUALTY CO. V. FINN,</u> 341 U.S. 6, and a party does not waive the requirement to challenge jurisdiction early in the proceedings. Similarly, a court including an appellate court, will raise lack of subject-matter jurisdiction on its own motion . "The rule, springing from the nature and limits of the Judicial Power of the United States <u>is inflexible and without</u> <u>exception</u>, which requires this court of its own motion, to deny its jurisdiction, and, in the exercise of Appellate Power, that of all other courts in the United States, **in all cases where such jurisdiction does not affirmatively appear in the record.** <u>MANSFIELD C.& L.M.R. CO. V. SWAN,</u> 111 U.S. 379. None of this is true with respect to personal jurisdiction. The requirement that a court have personal jurisdiction flows from the Due Process clause. The personal jurisdiction requirement recognizes and protects an individual liberty interest. It represents a restriction on Judicial power not as a matter of sovereignty but as a matter of individual liberty. Thus the test for personal jurisdiction requires that 'the maintenance of the suit... not offend traditional notions of fair play and substantial justice.' INTERNATIONAL SHOE CO. V. WASHINGTON 326 U.S. 310. Jurisdiction over the person generally is dealt with by Rule 4 (F.R.Crim P) also see (F.R.Crim.P) <u>governing the method of service through which personal jurisdiction may be obtained.</u>

### <u>INSURANCE V. COMPAGNIE DES BAUXITES 456 U.S. 695</u>

" **Executive Agencies must comply with the procedural requirements imposed by Statute** " <u>GONZALEZ</u> <u>V. RENO</u> 212 F.3D 1338 (11TH CIR 2000), " **An Agency may not confer Power upon itself".** <u>GORBACH V.</u> <u>RENO</u> 219 F.3D 1087 (8TH CIR 2000). " Internal Agency regulations cannot legitimize the violation of constitutional or statutory rights." <u>UNITED STATES V. MAROLF</u> 173 F.3D 1213 (9th Cir. 1999). " " **The requirements of Due Process apply to Administrative Proceedings".** <u>BIEBER V. ASCHCROFT</u> 286 F.2D 696 (3RD CIR. 2002) .

There can be no honest doubt that with respect to the Constitution and the afore quoted holdings and citings of law, That the parties dubiously purporting to represent the Federal Government have illegally forced Affiant to appear before the Title 28 USC § 89 Administrative Tribunal deceitfully denominated UNITED STATES DISTRICT COURT which is a non-constitutional Administrative Agency operating wholly by fraud and its own unlawful and unconstitutional rules and procedures , used to deprive Constitutional Judicial proceedings, due process and operation of law which would have ab initio estopped such proceedings executed in the name of the United States.   . Thus the rules and practices of that tribunal are designed to subvert the Constitutional rights and protections of the Parties forcefully and fraudulently brought before it so as to ensure false (mock) convictions, judgements and imprisonments, financially beneficial to the officers of the tribunal and their Principal, the Treasury/ I.R.S./ IMF, all accomplished via fraud and constitutionally prohibited actions.

It is for these reasons that neither the statutorily appointed Administrative Law Judge nor the prosecutor (Executive Officers executing Bills of Attainder), nor the record can ever show or prove jurisdiction, and why the officers of said tribunal refuse to abide or comply with the Constitutionally aligned , Federal Rules of Criminal Procedure, needed to obtain in personam jurisdiction, or the Civil Rules, namely because there exists no party with Article III Standing, and the Title 28 Tribunal ab initio lacked authority and jurisdiction for a criminal case. is.

> " In addition to subject matter jurisdiction the court must have jurisdiction over the person of the defendant befrore the cause can be determined by a court and judgement entered against the defendant."
>
> 8 Fed. Proc L.Ed 387 § 22:43 JURISDICTION OVER PERSON OF DEFENDANT

Furthermore it is for the above stated reasons that the officers of the Title 28 Tribunal refused to comply with the fundamental judicial requirements to inquire into and establish the citizenship and status of the Affiants, or parties before the Federal Court, in determining if the Court has, or may obtain jurisdiction, as established by the Supreme Court in MANSFIELD C. & L.M.R. CO. V. SWAN 111 U.S. 379. As compliance with these rules of law would have compelled the tribunal and officers to determine affiants Status, Domicile and Citizenship prior to proceeding, thus unavoidably establishing the tribunals lack of jurisdiction and the unavialibility of any jurisdiction.   In light of these facts it is easly ascertained that the Plaintiff was not the legitimate Federal United States Government, the Court was not a Court of the United States, and that the officers of said tribunal were not acting under authority of the Constitutional United States but instead acted under false pretense thereof in criminal violation of 18 USC §§ 912 and 913, in fact the Supreme Court in MISTRETTA V. UNITED STATES and LUJAN V. DEFENDERS OF WILDLIFE , has aptly described these tribunals by   referring to them as

FOOT NOTE: In this case there have been no Constitutionally adequate procedures executed necessary to deprve a person of life, liberty or property.

'A Twilight Zone and Judicial Imposters'.

**Thus** the predominant facts from which the following issues arise, have resulted in Affiants _false_ arrest, imprisonment and mock conviction via a parody of Constitutional Judicial Due process in a Kangaroo Court staffed by Judicial Imposters (Executive Officers paid by the Treasury) **acting wholly ultravires executing Bills of Attainder based on fabricated Plaintiffs and Statutory Offenses which never applied to Affiant and which he is factually innocent of.** A collusive joinder/Collusive Action fraud where no party with standing exists, No well Plead Complaint and no proof of jurisdiction. These easily proven and established by the Record facts speak for themselves and no officer of the tribunal can deny them without criminally violating 18 USC § 1001.

> " The Bill of Attainder clause is not a narrow technical prohibition, but rather is an implementation of the Separation of Powers , a general safeguard against the legislative exercise of the judicial function, or more simply stated trial by legislature." BROWN V. UNITED STATES 381 U.S. 437. **AS A GENERAL RULE** inherent in the American Constitutional system, the legislature cannot exercise either the Executive or Judicial Power, **the executive cannot exercise** either the **legislative or Judicial powers**, and the judiciary cannot exercise either the executive or legislative powers." SPRINGER, ET.AL. V. GOVERNMENT OF THE PHILLIPINES 277 U.S. 189. Also MCMULLEN V. UNITED STATES 953 F.2D 761 (2ND CIR 1992).

> " Statutes do not take  Precedent over constitutional Law."
> JAMES V. KENTUCKY 466 U.S. 341

The Title 28 Tribunals are merely excutively staffed and operated Kangaroo courts specializing in fraudulent collusive Actions and collusive joinders in accommodating Bills of Attainder under fraudulent pretense of criminal actions where no criminal subject matter or legislative authority exists, nor constitutional, or statutory standing existed to prosecute Affiant, A fraud negating all Judgements of the Tribunal .

> " A defendant cannot be prosecuted absent statutory authority to authorize the prosecution." [No such authority existed in this case as the statutes did not apply to sovereign American Affiant who was not a Federal United States citizen nor under contractual obligation thereof].

> KRULEWITCH V. UNITED STATES 336 U.S. 440, 93 L.ED 790 n.12

**Kangaroo Court** is a Tribunal lacking proper authority that renders illegal or mock judgements" American Century Dictionary, "Acourt or illegal self appointed tribunal characterized by irresponsible, perverted or irregular procedures" Websters Dictionary of Law  " A self Appointed Mod Oriented Tribunal that disregards or parodies existing principles of law or human rights. Any crudely or irregularly operated court, **especially one so controlled to render a fair trial impossible."** Random House Dictionary, describing the nature and character of the Title 28 § 89 U.S.D.C. Tampa Division.

There can be no legal doubt that with respect to the facts herein presented and the related constitutional provisions and supporting holdings of law, that it was wholly illegal to by force in absence of all Due Process of Law,drag Affiant before the Title 28 Administrative tribubnal,( in a manner constituting kidnapping in violation of 18 USC § 956), on what was purported to be a criminal case, especially where said tribunal lacked Criminal subject matter jurisdiction, was not an Article III Court and failed to exercise any Due Process of law statutory or constitutional necessary to obtain, in

Note: **(a)** Affiant submitted an Affidavit to the tribunal for the Record, whereby Affiant Revoked and rescinded all signatures and pleas he entered in the case as they were all obtained from him via fraud, duress and coercion under false detention, The Administrative Law Judge Merryday in criminal violation of 18 USC 2072 had that document removed from the record. **(b)** Title 28 Judiciary and Judicial Procedure under which were created the Title 28 Tribunals, by the Act of June 25, 1948 is non positive law, (not law) and the Act itself has a disclaimer in it establishing that no legislative authority is vested in these tribunals, they are in fact Kangaroo courts, self established staturily promulgated Agencies witn no legal authority. See Act of June 25, 1948 , C.646, Section 32. 62 Stat 869. " No inference of legislative construction is to be drawn by reason of this chapter in Title 28 Judiciary or Judicial Procedure, as set out in Section 1 of this Act, in which any section is placed nor by reason of the catch lines used in such title."

personam jurisdiction over Affiant, thus none exists , 456 U.S. 694.

One **predominant and recurring issue** manifesting itself from the foregoing depicted scenario, (Affidavit of facts) serves to expose **what are in fact overt acts in a conspiracy** executed by executive and legislative officers of the unlawful Title 28 Tribunal used to ensure the unconstitutional, false conviction and imprisonment of Affiant, facilitated by acts of Fraud, Malfeasance and procedural Nonfeasance, and whom acted ab initio corruptly, knowingly in absence , of all jurisdiction (wholly **ultra vires**) **under false pretense of law, authority and judicial Due Process.** Wherefore the issues herein presented arise from the corrupt interrelated /interconnected overt acts which constitute the complained of conspiracy and which Dovetail to accommodate the corrupt results sought by the officers of the Title 28 Tribunal, [Mr. Merryday, and Mr. Monk], i.e., Affiants false arrest, false conviction and imprisonment obtained through the criminal deprivation of all Constitutional Due Process of Law and rights, via a parody of judicial proceedings in a Kangaroo Court staffed by executive judicial imposters using a fabricated Plaintiff lacking in statutory or constitutional standing, and using statutory claims that do not apply to Affiant **and which he is** therefore factually innocent of.

WELL PLEAD COMPLAINT " is an original pleading that sufficiently sets forth a claim for relief **by including the grounds for the courts jurisdiction,** the basis for the relief claimed, and a demand for judgement **so that defendant can draft an answer that is responsive to the issue** presented. In a Federal Court a Well Pleaded Complaint must raise a controlling issue of Federal Law , or else the court will **not have Federal question jurisdiction** over the law suit."

BLACKS LAW DICTIONARY

WHEREFORE BESIDES THE TRIBUNAL AND GOVERNMENTS ABSOLUTE LACK OF JURISDICTION AND AUTHORITY **WHICH IS ISSUE 1**, AND WELL ARTICULATED IN THE PREVIOUS PAGES. THE FOLLOWING BELOW ENUMERATED CRITICAL ISSUE ARISE FROM SPECIFIC OVERT ACTS COMPRISING THE COMPLAINED OF FRAUD AND CONSPIRACY USED TO DEPRIVE AFFIANTS RIGHTS OF CONSTITUTIONAL DUE PROCESS SO AS TO OBTAIN AFFIANTS FALSE CONVICTION AND IMPRISONMENT, ALL ACHIEVED VIA CONCEALMENT OF MATERIAL FACT AND FRAUDULENT MISREPRESENTATIONS IN VIOLATION OF 18 USC § 1001.

ISSUE 2.

Officers of the unlawful Tribunal , Mr. Monk. Mr. Merryday, **et.al,** in criminal violation of 18 USC § 1001, intentionally concealed and misrepresented the True nature and Character of the Tribunal and the Proceedings against Affiant,(Claiming them to be Criminal at law when in fact they were Commercial Summary Administrative Proceedings where no contract or breach thereof existed); In accommodating an unconstitutional, legally proscribed fraud used to subvert and deprive Affiants rights under the Bill of Rights and Article III (Due Process), in criminal violation of 18 USC §§ 241, 242, 1509. **Wherefore under the fraudulent guise and pretense of a criminal action and constitutional Due Process of Law,** Affiant was deceitfully subjected to a Summary Commercial procedure

FOOT NOTE: **(A)** Long prior to the case executed against Affiant he had established by Public recordings and submissions to the Tribunal, his status as a tax exempt sovereign American domiciled within one of the Sovereign State Republics **without the Federal Jurisdiction.** Thus had the tribunal complied with Due Process Requirements established in MANSFIELD V. SWAN 111 U.S. 379 ANY ACTION AGAINST AFFIANT WOULD HAVE BEEN ESTOPPED AB INITIO. **(B)** There is no denying that the Adverse Party has acted beyond and in violation of the Constraints Of the 9th and 10th Amendments, CAROL ANN BOND V. UNITED STATES 564 U.S.---, 180 LED 2D 269. **(C)** Officers of the Title 28 Tribunal by Default have admitted acting in absence of jurisdiction and constitutional authority.

and action in an administrative tribunal,(impersonating a court of law), and culminating in Affiants sentencing and imprisonment under provisions of an Administratively promulgated guidelines manual. **Said fraud renders all orders and judgements of the tribunal Null and Void ab initio**, and is evident considering the facts that the 28 USC § 89 Tribunal **has no criminal subject matter jurisdiction**, (See 28 USC §§ 1331-1332), **no legislative authority and there has been no Federal Common Law since** ERIE R.R. V. TOMPKINS 304 U.S. 64, and Affiant is not a Federal citizen, National, employee or contractor nor domiciled within the Federal domain, thus no party with standing exists and Fed. R. Civ. P. 1-17 serve to estop any Federal action against Affiant. **Wherefore Affiant seeks the relief warranted as a result of the fraud perpetrated against him and the trial jury by officers of the Title 28 Tribunal, To wit,. Immediate release .**

## ISSUE 3

The Statutory Administrative law Judge [Merryday] presiding over this action, ab initio engaged in Nonfeasance and Malfeasance by **refusing to recuse himself** in a manner implicating criminal misconduct , with the obvious purpose and intent of sabotaging affiants proceedings (an intent manifest by his conduct). This claim is substantiated by the Fact that several charges on the face of the indictment arise from Affiants prior adversarial interactions with that Judge in that tribunal , and despite the Governments joining Affiants motion asking the Judge to remove himself, in accordance with 28 USC §§ 144 and 455 requiring substitution of trial judge. **In justification of refusal to remove himself** Mr. Merryday, in violation of 18 USC § 1001, engaged in blatant perjury and fraud in claiming that **he did not know who Affiant was and did not remember Affiant**, and then in contradiction (shortly thereafter in the proceedings) **stating that he remembered Affiant and that he had executed injunctions against Affiant!** The very same injunctions from which the criminal contempt charges on the face of the Indictment arise. Mr. Merrydays contradictory statements expose the lie used to justify his failure to recuse himself **and help to demonstrate the corrupt ab initio intent to sabotage Affiants proceedings which he successfully accomplished** by stifling Affiants defenses, interfering with counsel, preventing him from calling witnesses, preventing him from cross examining government witnesses, thus concealling exonerating material facts from the trial jury, tampering with the jury and obstruction of justice 18 USC § 1001, all in a manner serving the purpose of removing the burden of proof from the prosecution and depriving Affiant of Due Process of law, to the benefit of their paymaster the Department of Treasury and the Internal Revenue Service thereof.

FOOT NOTE: " All officers of the government from the highest to the lowest are creatures of the law and are bound to obey it." DAVIS V. PASSMAN 422 U.S. 228. " Internal Agency Regulations cannot legitimize the violation of constitutional or statutory rights." UNITED STATES V. MAROLF 173 F.3D 1213 (9TH CIR 1999). ☨ The Judge deprived Affiant's right to confront witnesses in violation of, CRAWFORD V. WASHINGTON 2004.

Thus the foregoing describes how Affiant from the beginning was deprived of the Due Process Right to an unbiased and impartial judge, ( even though the proceedings were only a parody of judicial procedure and Due Process of Law). **Stated in the simplest terms** Affiant was brought before a kangaroo court impersonating a court of law and railroaded where an Administrative Statutory Judge acted under false pretense of law and authority to deprive Affiants constitutional rights, while in fact acting on behalf of the prosecution and the Internal revenue Service [I.R.S.] in assisting the persecution/prosecution so as to ensure Affiants false conviction and imprisonment, and did so upon the basis of statutory charges in the indictment arising from the Judges own machinations.  **To this end** the judge interfered  with Affiants counsel as well as affiants defense, stifling his defense and appointing a government stooge as counsel for Affiant, who did nothing and was the literal equivalent of having no counsel whatsoever. **The judge did all of this while acting in the service of his parent corporation and pay master** , The Department of Treasury / I.R.S, and Department of justice , while acting as an executive branch employee and Agent executing Bill of Attainder.    Tyranny, oppression and persecution is the theme of this case.

**THE OFFICERS OF THE TITLE 28 USC § 89 TRIBUNAL ACTING IN COLLUSION SABOTAGED AFFIANTS TRIAL PROCEEDINGS BY CORRUPTLY INTERFERING WITH COUNSEL AND STIFLING AFFIANTS DEFENSE**

ISSUE 4.

The entire case against Affiant in truth was merely a persecution of Affiant for, and because of his free exercise of constitutional rights of free speech and the conducting of his own private business within the State Republic (without the Federal Jurisdiction) in a manner detrimental to the Internal revenue Service, and was carried out on behalf thereof absent standing, via the use of inapplicable Federal statutes and summary proceeding used to deprive affiants rights. **Wherefore Affiant composed an exonerating winning defense** to present to the trial jury, based upon the inapplicability of the Tax Laws (Statutes) and the illegal application thereof  to certain classes of the American people who are not subject thereto, Affiant had witnesses who worked for the I.R.S. that would have appeared to corroborate his defense. **For this reason the Judge and Prosecutor acted to shut Affiant down at all costs by corruptly denying him the production of witnesses and by stifling his defense, and because they could not legally shut Affiant down they resorted to abuse of their office's and criminal malfeasance to do so;** To wit, affiant was  forcefully under threat of violence [**vi et armis**]     (In chains, at gun point under threat),

---

FOOT NOTE: In corroboration of Affiants claim that the Judge intentionally refused to recuse so as to sabotage Affiants proceedings while acting as an Agent of the Prosecution and the I.R.S., one need only consider the Fact that at the onset of the trial proceedings the Judge sprang a Motion in limine upon Affiant (on behalf of the prosecution) preventing Affiant from presenting his long planed trial defense. What is clear is that the Judge corruptly influenced the jury by  denying them the assessment of facts by jury instructions and stifling Affiants defense (concealment of Material Facts) thus a fraud was perpetrated upon the jury and Affiant in a manner :constituting tampering with the trial jury in violation of 18 USC §§ 1001, 1512 and 1513, and denying Affiants right to jury trial.

brought into the the Title 28 USC § 89 tribunal in criminal violation of 18 USC §§ 956 and 1001 where the officers of that tribunal were fully aware of their lack of jurisdiction , hence intentionally circumvented the procedural requirements of the Fed R.Crim. P, Rules 1 through 10, so as to subject Affiant to a parody of judicial procedure and Due Process of Law.

In furtherance of their scheme the Judge and Prosecutor in fact **interfered with and caused Affiants counsel to remove herself from Affiants defense so as to replace her with a compliant to the prosecution stooge of the court and government** who would not take a position against the Internal Revenue Service or the government, who told Affiant **he was afraid of the I.R.S. and did not know how to proceed in the matter, and who subsequently was of no use or assistance whatsoever to Affiant, but in fact was beneficial to the prosecution and the I.R.S.. The fact of the matter is that Affiant was faced with Three [3] adverse parties, the Judge, the prosecutor and his counsel , whom said he was not allowed to remove himself from** Affiants defense, **and who did not want to fight against the I.R.S.**

Affiants initial defense Attorney ' Maria Guzman ' and her investigator were wholly in Affiants corner and on board with affiants defense and were absolutely sure of their trial success and truly enthusiastic to proceed to trial. However after **backroom meetings with the Judge and Prosecutor** the attorney for no apparent reason removed herself from Affiants case upon the baseless claim of a conflict of interests, which evidently arose from threats levied against her if she were to stand up against the I.R.S. and the Government in this highly controversial case.

The results were that Affiants highly competent defense counsel and her team ' Maria Guzman' , under very questionable and mysterious conditions disappeared from the case, and **on the very same date (3-25-2009)** the court appointed **Edward Liebling** to act as **Stand by Counsel for Affiant.** Mr. Liebling than proceeded to inform Affiant that he had no clue or understanding of Internal Revenue Law, that he is scared to death of the I.R.S, and that he only represented murder cases, **nevertheless the court refused to allow the attorney to withdraw. Mr Liebling recommended that ignorant to the law Affiant proceed Pro Se, and informed Affiant that for some undisclosed reason he could not withdraw from the case, but that he would hang in and assist Affiant if he could procure other counsel with more experience in the area being litigated.** To that end Affiant submitted a Motion for co counsel which was promptly denied by the the next day. **Affiant was thus forced to proceed Pro Se, with Ed Liebling purportedly acting as ' Stand by Counsel'** who in fact did nothing during the entirety of the proceedings except for misinform Affiant with respect to procedural requirements and the manner in which to interact with the jury and government

witnesses, (in submitting questions to, and cross examining the government and I.R.S. witnesses) which the judge repeatedly acting as the prosecutor objected to, and thus Affiants proceedings were sabotaged **due to ineffective assistance of counsel / no assistance of counsel, ensured by the court and governments tampering with Affiants counsel and appointing their stooge so as to ensure the failure of Affiants defense.** This was an overt act and maneuver in the complained of conspiracy to sabotage Affiants proceedings, and the performance of the court appointed and manipulated counsel , Mr. Ed Liebling, was in fact equivalent to having no counsel whatsoever and fell far below the standards and requirements of , GIDEON V. WAINWRIGHT and STRICKLAND V. WASHINGTON, in every aspect, and falls within the purview of Fifth Circuits decision in, CHILDRESS V. GARY L. JOHNSON 103 F.3D 1221 (1997)

" Prisoner was constructively denied the right to assistance of counsel because attorney who was the equivalent of stand by counsel, had not advocated prisoners cause as required · by the Sixth Amendment. In finding Appellants right to assistance of counsel had been constructively denied, the court found appellant's attorney had failed to actively assist appellant during critical stages... and therefore had failed to advocate appellants interests as required by the Sixth Amendments."

CHILDRES V. JOHNSON

Within the Scope of Affiants trial, his attorney Mr. Liebling admitted that he did not have the skill or knowledge within the realm of I.R.S. law and procedures to represent Affiant and was not allowed to remove himself, and was thus no assistance to Affiant, in accordance with the design of those who appointed him and barred him from removing himself. Furthermore Affiants objections of Mistrail were repeatedly overruled , and thus just as in CHILDRESS V. JOHNSON, **Affiants attorney failed to actively assist Affiant during critical stages of the entire trial and proceedings, resulting in a Sixth Amendment violation and deprivation of the right to counsel, in a manner exposing** the court and government interfering with and tampering with Affiants counsel and right to counsel in criminal violation of 18 USC § 241 and 242.

Counsel was wholly incompetent and wholly useless the court and prosecution were fully aware of this fact and counsel admitted it , nevertheless in order to accommodate the corrupt scheme of the     judge and prosecutor to sabotage Affiants proceedings, the court refused to dismiss and replace counsel who in fact and effect served as no more than a court appointed government stooge.

" A Defendant will have meaningful and effective assistance of counsel at each and every step of any and all proceedings in order in order that he will not be denied Due Process." **POWELL V. ALABAMA, 287 U.S. 45.** " Pre trial investigation and preperation are the keys to effective representation of counsel." RUMMELL V. ESTELLE, 590 F.2D 103-104 (5TH CIR 1979)

FOOT NOTE: Due to the presiding Administrative law Judge's and governments illegal and unethical tampering and interference with Affiants initial counsel, ignorant to the law and procedure Affiant was compelled to proceed Pro Se with incompetent stand by counsel which in fact constituted no counsel whatsoever, as he did nothing to advocate Affiants case. Moreover as will herein be exposed the conduct of the Judge and Prosecutor herein described constitutes **Jury Tampering and concealment of material facts .**

### NOTES OF FACT MADE UNDER OATH
### SUPPORTING AFFIANTS POSITION FOR THE COURTS CONSIDERATION
### WITH RESPECT TO DENIAL OF COUNSEL WITH MEMORANDUM OF LAW

" If imprisonment is a possible penalty, then assistance of counsel is constitutionally mandated"
SCOTT V. ILLINOIS , 99 S.CT 1158 (1979)  " The right to counsel is the right to counsel is right
to effective assistance of counsel", MCMANN V. RICHARDSON, 397 U.S. 759 (1970)

In this case the court and government somehow influenced Affiants competent and ready to proceed initially appointed Attorney (Maria Guzman ) and her investigator to quit the case and appointed their own Agent who provided Affiant with absolutely no assistance of counsel, so as to facilitate the railroading intended by the Judge and Prosecutor.  In proof of these claims Affiant hereby quotes statements made by that court appointed counsel which the court refused to allow      the replacement    of despite affiants continued attempts to have Mr. Liebling removed from the case.

(1) Replacement Counsel (Mr. Liebling/hereafter Counsel) after his and Affiants first meeting recommended and envigled Affiant into proceeding Pro Se,   and   assumed   the role of standby counsel.

(2) Counsel later admitted he did not want to handle this case because he feared the Internal revenue service, and stated that he could not help me in any way where it would be recognized by the I.R.S., and admitted that he could thus not    vigorously advocate Affiants position.

(3) Counsel in response to Affiants demands that he remove himself from the proceedings stated that he could not remove himself (withdraw) unless the court dismisses him and the court refused Affiants requests to remove that Counsel. **Clearly the fix was in**, and Affiant after being envigled into proceeding Pro Se received no guidance in court room proceeding thus allowing the Judge and Prosecutor to shut him down at every juncture of the proceedings, which they certainly capitalized on.

" A Defendant may not be imprisoned without meaningful and effective representation of counsel."
ARGERSINGER V. HAMLIN, 407 U.S. 25 (1972).  " A DEFENDANT IS ENTITLED TO EFFECTIVE ASSISTANCE of Counsel within the range of competence demanded of Attorneys in criminal cases." BASS V. UNITED STATES, 580 F.2D 669 (D.C. APP. 1990)

(4)  Counsel after having envigled Affiant into proceeding Pro Se,   refused   to   allow affiant to borrow or review his Federal rules of Criminal Procedure or to provide a copy thereof to be used in trial preparation and litigation.

(5)  Counsel had failed to provide Affiant with Discovery material which was on a computer disc counsel had claimed to have lost.

(6)  Counsel admitted he was inadequate with respect to the nature and character of the case and proceedings, the court was aware of this fact and nevertheless bound counsel to Affiants case despite Affiants constitutional demands that Counsel be replaced and counsel refused to withdraw claiming he could not, evidently being forced to remain as Affiants counsel.  Counsel readily admitted and stated that he knew nothing of Tax litigation or tax law and that was not qualified to handle this case, as he represented only murder cases.

(7) During the pendency of the procedings Counsel did not provide Affiant with the required and requested status reports providing only 2 status reports and refused to provide a phone number so that Affiant could stay in contact with him with respect to the case preparations and proceedings.

(8)  **Counsel informed Affiant that he could not do anything for him** except sit at his table during trial. He would only speak on defendants behalf if he were forced to.

(9) Counsel did not argue for the production of witnesses, or to be allowed to call did not engage in any pretrial investigation or preparation, and would not except, bring to Affiant, or submit to the court evidence exonerating Affiant, he was literally afraid to act in any way against the I.R.S. and the prosecutor representing the interests thereof, and refused to file pre trial motions at Affiants insistence, at which time counsel made the statement that," He was neither the Government's not Affiants secretary", and refused to bring Affiant clothes to wear during trial. **At this point** there was no doubt left that Affiant could not rely upon counsel for any form of assistance, and the fact that appointed counsel was in fact acting in a manner beneficial to the prosecution. **Moreover** from Fifteen Thousand pages of availaible Discovery Material Court Appointed Counsel only provided Affiant with One Thousand pages when in fact holding back the rest of the Discovery material, thus depriving Affiant of Important Discovery material. (NEXT PAGE, EXHIBIT "C")

Via the Officers of the Title 28 tribunals Interference and tampering with Affiant's initial competent and willing counsel, and replacement thereof with their choice of ineffective counsel it was ensured that Affiant could not properly proceed because of absence of assistance of counsel. Thus Affiant was deprived of every aspect of the rights Effective assistance of counsel, Due process of law and jury trial, a deprivation of rights knowingly and willfully enforced by the presiding Administrative Law Judge (Merryday) for the purpose of accommodating the herein complained of scheme (Conspiracy) and all of which demonstrates another set of overt acts in that conspiracy to sabotage Affiants proceedings on behalf of the I.R.S. / government. Thus Affiants objections and claims of **mistrial** were overruled.

Wherefore this malfeasance of officers of the tribunal which denied Affiant any meaningful assistance of counsel and was accommodated by nonfeasance where counsel was prevented from withdrawing from the case constitutes fraud intended to, and which resulted in the deprivation of Affiant's rights **and a mistrial** warranting immediate dismissal of the action.

**FOOT NOTE:** One perfect example of the level or corruption and incompetence of court appointed and enforced counsel, which demonstrates an obvious interplay between Judge and counsel is that upon Affiants attempts to cross examine government witnesses the judge would object to Affiants form of questioning of the witness , stop Affiant from further cross examination , when Affiants form of questioning was based upon counsels instruction on how to proceed.  Thus Affiant was denied the right to cross examine governments witnesses..  The Article 1, Title 28 Administratively statutorily promulgated UNITED STATES DISTRICT COURT is merely a Commercial and Tax court which Affiant was never subject to as it had no jurisdiction and is constitutionally protected against and which he could not receive fair proceedings in, Court Martial courts are  created under Article 1. " A UNITED STATES DISTRICT COURT is an "infer ior court" i.e. inferior to the United States Supreme Court. The District Court is a tribunal created under **Article 1 § 8, cl 9** of the United States Constitution, ROMERO V. INTERNATIONAL TERMINAL CO. 358 U.S. 354. The creation and composition thereof is set forth at 28 USC § 132, A UNITED STATES DISTRICT COURT has only such jurisdiction as conferred by Congress. EASTERN METALS V. MARTIN 191 F. SUPP. 245.

**IN ADDITION TO DEPRIVING AFFIANT OF THE ABSOLUTE RIGHT OF COUNSEL, THE OFFICERS OF THE TITLE 28 TRIBUNAL DEPRIVED AFFIANT THE RIGHT TO PRESENT HIS DEFENSE VIA THE CORRUPT USE OF A MOTION IN LIMINE, WHILE ALSO DEPRIVING AFFIANT THE RIGHT TO CALL WITNESSES IN HIS DEFENSE , THUS SABOTAGING AFFIANTS TRIAL PROCEEDINGS.**

## ISSUE 5.

In an unethical, wholly unconstitutional illegal and underhanded manuever (Bad Faith) used to ensure Affiants false conviction and imprisonment, the Judge and Prosecutor acting in collusion and via corrupt abuse of their position of office (Malfeasance) on the date of trial commencement, sprang upon Affiant a Motion in Limine used for the sole purpose of preventing Affiant from presenting his well planed trial defense which was based upon tax law and truths concerning such, as well as Supreme Court rulings supporting his position. All of which were damning and wholly inconvenient to the prosecution and the I.R.S, and would have served to exonerate Affiant had the trial jury been allowed to hear and judge these true facts, **thus upon the day trial commenced the officers of that tribunal left Affiant standing with no defense and no counsel.** It is self evident that had the officers of that tribunal intended    to act in good faith , that they would have executed said Motion in Limine prior to the date of trial commencement as they had ample opportunity to do so, and thus allowing said motion to be argued and appealed. Said scenario is merely a clear demonstration of the malfeasance and abuses used by the Judge and Prosecutor to Railroad    Affiant.

Moreover the entire case revolved around Federal Income Tax and the jury was repeatedly informed that Affiant failed to or refused to pay Federal Income Taxes by the leading officers of that tribunal, nevertheless because it was their intent to conceal the truth and facts contained within Affiants defense from the general public as to why he legally did not have to pay Federal Income taxes, the Motion in Limine issued to shut Affiant up and stifle his defense. **Wherefore that maneuver literally served to deprive Affiants right to jury trial under the Sixth Amendment, in violation of 18 USC § 241 and 242, To conceal critical Material Facts from the Jury in violation of 18 USC § 1001, and was in fact and effect a clear cut example of jury tampering in violation of 18 USC § 1513. Affiant was literally left standing before a trial jury with no counsel and no defense, where in fact he had not committed any criminal offense and the tribunal had no criminal subject matter jurisdiction, no in personam jurisdiction over Affiant due to procedural Nonfeasance and where no party with standing existed.** Nevertheless in order to exacerbate the situation the judge denied Affiant the right to call witnesses in his defense as Affiant had I.R.S. employees he wanted to call as witnesses who would corroborate his position, and the

---

FOOT NOTE: Simply stated it was beneficial to the monetary interests of the I.R.S,
Department of the Treasury, and Officers of that tribunal (Agents thereof)
to stifle and sabotage Affiants defense.

Judge acting as he were the prosecutor then objected to, and prevented Affiants cross examination of the Governments witnesses, all in clear violation and contradiction of the Supreme Courts holdings in, <u>CRAWFORD V. WASHINGTON</u> (2004).    Thus   the   trial Judge after having instructed the trial jury that  the case was a dispute about the, and under the Income Tax laws of the Federal United States, and after telling the jury about 20 times that it was a crime for affiant not to pay Federal income tax, issued a motion preventing Affiant from presenting his defense proving that under the law he did not have to pay Federal Income Tax and had not committed any offense, **this fraud jury tampering and trial fixing can not be allowed to stand, as fraud vitiates all judgements and orders.**

> " In general, you will...understand this is a dispute about the--
> under the Income Tax laws of the United States."
>
> <u>Administrative Law Judge Merryday instructing the jury, Transcript Page 15 Lines 14-15.</u>

**Moreover** via this complained of fraud and jury tampering,      consisting of the Denial of Affiant's rights to to present his defense and call witnesses, the officers of that tribunal **deprived Affiant of the right to produce evidence available to exonerate himself.** In fact Mr. Monk the prosecutor admitted that via the Motion in limine which he drafted and the Judge on the day of trial granted, that Affiant  was left with no defense. **Furthermore it is absolutely clear that the Judge (Mr. Merryday) was** fully aware of these facts and party to sabotaging affiant's proceeding when considering that denying Affiant the right to produces witnesses in his defense, **the judge then instructed the trial jury** that they should base their decision **upon the facts and evidence derived from the testimony of the Witnesses placed upon the witness stand,** nevertheless Affiant was denied his requested witnesses as they were detrimental to the prosecutions position , thus to the Internal revenue Service.

It is clear that the officers of the Title 28 Tribunal in this case acted in **bad faith** and another example of this is the fact that Seven (8) counts in the indictment were levied against Affiant, by the tribunal acting in absence of jurisdiction [legal or constitutional or statutory] **where no witnesses existed nor any party with standing to levy the accusations** , and thus Affiant was denied the right to confront any witness or accuser with respect to those allegations/charges. Wherefore those charges were a nullity ab initio and should be declared so by this court, to wit, indictment charges counts 1, 2, 5, 6, 7,9,10, and 11. see indictment included in the following exhibits.

Count 1. Multiple Names.
Count 2. Mr. Reed.
Count 3. G. Powell
Count 6. B. Trevitt.
Count 7. FBI Agent.
Count 9. Lisa King.
Count 10. FBI Agent.
Count 11. Special Master, Att.

Despite the nature and character of the case and jury instructions establishing that the cause and subject matter of the case was Federal Income Tax, (The indictment charged that Affiant failed to file tax returns and the Judge told the jury 20 times that it was a crime to not pay Federal Income Tax). The Judge and Prosecutor acting in collusion issued a Motion in Limine and order derived therefrom prohibiting Affiant from talking about or mentioning Federal Income Tax, Tax Law, or why he legally did not have to pay Federal Income Tax under the Law. **In the simplest terms, the entire case revolved around Federal Income Tax and Tax Law and Affiants defense was based upon that law and Supreme Court decisions of law supporting his position. Nevertheless the Judge and prosecutor via corrupt abuse of their positions of office via the Motion in Limine sprung upon Affiant at the beginning of his trial, prevented Affiant from talking about Tax law or the Supreme Court law which would have exonerated him, when Affiant attempted to do so (to present his defense) 'the judge objected and sat him down' and thus wholly stifling and sabotaging Affiants trial defense and proceedings.**

> " Dispensing with the trial right to confrontation...would have been akin to dispensing
> with jury trial...Admitting statements simply because they had been deemed reliable by
> a judge would have been fundamentally at odds with the right of confrontation."
> **CRAWFORD V. WASHINGTON 541 U.S. 36, 158 L.Ed 2d 177** @ head note # 5.

During this entire sham of Trial and Judicial procedure . Mr. Leibling idly sat around providing Affiant with no assistance whatsoever never raising an objection or  providing any procedural instruction, he simply watched as the Judge repeatedly shut Affiant down while assuming the role of the prosecutor, as expected from a court appointed infiltrator, this subterfuge was far from subtle. During these proceedings the trial judge (Merryday) stated that Supreme Court decisions had no bearings upon the case , thus nor did the defense Affiant intended to present based thereon,  that statement was a lie exposed by the <u>INTERNAL REVENUE MANUAL</u>  at <u>IMPORTANCE OF COURT DECISIONS</u>, wherein it is stated that ,

> "**The Internal revenue Service must follow Supreme Court decisions** ".
> <u>INTERNAL REVENUE SERVICE MANUAL @ § 4. 10. 7. 2. 9. 8 (01-01-2006)</u>

> " **The weight of Supreme Court decisions is a matter that is not really pertinent here**""
> Presiding Administrative law Judge Merryday, violating 18 USC § 1001. @ Trial transcript
> Page 129 lines 21 and 22.

**The result** is that Mr. Merryday's, well demonstrated and documented disrespect and contempt for the Supreme Courts rulings, and statutory mandates of law supporting those rulings, served to sabotage Affiants defense **resulting in the deprivation of Affiants right to Jury trial and due process of law in a manner warranting immediate dismissal of the case for fraud which is the relief sought.**

FOOT NOTE: Affiant is not a federal United States citizen or employee and earned no Federal wages or income,   Affiant is not naturalized or within the Federal Domain and has never voted in a Federal Election or claimed to be a federal United States Citizen as to do so would be Federal Offenses under 18 USC §§ 611 and 911, wherefore any Federal Agent or employee who uses any document, e.g, Social Security Card , etc., or any claim that affiant is a Federal Citizen so as to obtain Federal Income Tax from him or to execute any Federal prosecution against him on the presumption of Federal citizenship , criminally violated 18 USC §§ 241, 242, 1001 AND 1425.

## SUPPORTING MEMORANDUM OF STATUTORY LAW

The conduct complained of in this Affidavit, (Habeas Corpus), of the officers of the Title 28 Tribunal Administrative tribunal, especially that of Statutory Administrative law judge 'Merryday' **constitutes jury tampering by fraud and misleading conduct, and obstruction of justice intended to deprive rights under color of law,** all in criminal violation of Title 18 USC §§ 241, 242, 1001, 1503, 1505, 1509, and 1512 all executed for the purpose of ensuring Affiants false conviction and imprisonment.

### 18 USC § 1503(a) Influencing Juror generally

" Whoever corruptly, by any communication endeavors to influence or impede any juror in or of any Court of the United States , or corruptly influences, obstructs or impedes or endeavors to influence, obstruct or impede the due administration of justice, shall be punished as provided in subsection (b)".   (b)(3) in this case.                                    **18 USC § 1503**

### 18 USC § 1505 Obstruction of Proceedings

" Whoever Corruptly, **or...** by any communication influences, obstructs or impedes, or endeavors to influence, obstruct or impede the due and proper administration of the law under which any pending proceeding is being had before any department or Agency of the United States.  Shall be fined under this Title or Imprisoned not more than 5 years or both."       **18 USC § 1505**

**The Title 28 USC § 89 UNITED STATES DISTRICT COURT is merely a statutorily promulgated Administrative Agency tribunal  created under Article I.**

### 18 USC § 1509 Obstruction of court orders

" Whoever ... or willfully attempts to prevent, obstruct, impede or interfere with, the **due exercise of rights** or the performance of duties under any order, judgement, **or decree of a court of the United States.** Shall ... be imprisoned under this Title."

The importance of 18 USC § 1509 arises from the Fact that the officers of the Title 28 Tribunal acted willfully to interfere with Affiants Due exercise of the right to jury trial and Due Process of Law, while also subverting the decrees and holdings of law of the Supreme Court, which is the high court of the United States.

### 18 USC § 1512 Tampering with a witness

" Whoever corruptly persuades another person, or attempts to do so, **or engages in misleading conduct** towards another person with intent to **(1)** influence, delay, or prevent the testimony of any person in an official proceeding; **(2)** cause or induce any person to-- **(A)** withold testimony, or withold a record, document, or other object from an official proceeding;  **(C)** evade legal **process summoning that person to appear as a witness, or to produce a record, document, or other object in an official proceeding.** shall ... be fined or imprisoned under this title." **18 USC § 1512.**

### 18 USC § 1515 Definitions

" § 1515(a)(1)(A) As used in sections 1512 and 1513 of this Title and this section --- the term 'official proceeding' means --- a proceeding before a court or judge of the United States, a United States magistrate... a special trial judge of the tax court, or a federal grand jury; (C) Proceedings before a Federal Government Agency which is authorized by law; **§ 1515(a)(3) the term ' misleading conduct' means** (A) knowingly making false statements; (B) intentionally omitting information from a statement and thereby causing a portion of such statement to be misleading, **or intentionally concealing a material fact,** and thereby creating a false impression by such statement; (D) with intent to mislead knowingly submitting or inviting reliance, on a sample, specimen, map, boundry mark, or **other object that is misleading in a material respect;**  18 USC § 1515  .

### 18 USC § 1001 Statements and entries generally

" Whoever, in any matter within the jurisdiction of the executive, legislative or judicial branch of the Government of the United States knowingly and willfully --- (1) falsifies, conceals, or covers up by any trick, scheme or device a material fact;  (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes any or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; **shall be fined under this title or imprisoned not more than 5 years or both.**

---

FOOT NOTE: In that this is an Affidavit made under Oath and Penalty of Perjury, this must be construed to also constitute a criminal complaint, and the basis of a commercial action.  Pursuant to 18 USC § 1509 if Affiant were a Federal citizen he would be statutorily guaranteed any form of civil relief as the conduct of the officers of the Title 28 Tribunal were crimes, and all are civil/commercial in nature 27 CFR 72.11

### 18 USC § 241 Conspiracy against rights

" If Two or more persons conspire to injure, oppress, threaten or intimidate any person in any State, Territory, Commonwelth or Possession, **or custom** in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having exercised the same; They shall be fined under this title or imprisoned not more than 10 years or both;

Title 18 USC § 241, predominantly manifests itself in this case because this whole case arises from a persecution of Affiant for the free exercise of his unalienable , constitutionally and legally protected rights of free speech and the right to contract and labor, there is no party with standing and the statutes do not apply to sovereign Affiant , this alone stands as irrefutable proof of persecution because, Affiant exercised his rights in a manner unfavorable · . tto · the Internal revenue service, thus is made evident that officers of the United States have conspired to deprive rights and retaliated against Affiant for the exercise of rights, all done under color of law / rather under fraudulent pretense of law and lawful authority.

### *** 18 USC § 242 Deprivation of rights under color of law ***

" Whoever under color of any law,Statute , ordinance, regulation, or custom, willfully subjects any person in any State, territory, Commonwealth, Possession or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States; Shall be fined or imprisoned under this Title..." **18 USC § 242**

" Once a Due Process right has been defined and made specific by court decisions, that right is encompassed under 18 USC § 242."
**UNITED STATES V. LANIER 117 S.CT. 1219** and **UNITED STATES V. HAYES 589 F.2D 811 (5TH CIR 1979)**

Because the entire case against Affiant arises from Barratry and fraud perpetrated by officers of the Title 28 USC § 89 Agency tribunal and steming from corrupt motives thereof intended to benefit themselves and the Internal revenue Service, ¡( to which Affiant is under no contractual obligation to comply with their statutory penal provisions), Affiant provides the foregoing and following definitions of law for clarification of his claim and in proof that the case against him must be immediately dismissed.

**Barratry**
" Vexatious incitement of litigation, especially by soliciting potential clients. Barratry is a crime in most jurisdictions. **The crime committed by a judge who accepts a bribe in exchange for a favorable decision.**"
**Well Pleaded complaint**
" An original or initial pleading that sufficiently sets forth a claim for relief by including the grounds for the courts jurisdiction, the basis for the claimed relief, and demand for judgement so the defendant can draft an answer that is responsive to the issues presented. . In a Federal Court a well pleaded complaint must raise a controlling issue of Federal Law, or else the court will not have federal-question jurisdiction over the law suit.
**BLACKS LAW DICTIONARY EIGHTH EDITION**

**Fraud**
"Consists of intentionally suppressing the truth as to material facts as well as affirmative misrepresentations. " EX REL PERCUS V. KARNUTH 28 F.SUPP. 595,598(D.C.NY). **Fraud** is an artifice by which the rights or interests of another are injured; a deception **Fraud vitiates the most solemn Contract.** UNITED STATES V. THROCKMORTON 98 U.S. 61 @ 65. **Fraud** destroys the validity of everything into which it enters. NUDD V. BURROWS 91 U.S. 426 **FRAUD** vitiates everything. BOYCE V. GRUNDY 3 PET 210.

**IN ADDITION TO DEPRIVATION OF THE RIGHT TO COUNSEL, TO CROSS EXAMINE GOVERNMENTS WITNESSES, AND THE RIGHT TO PRESENT HIS CHOSEN DEFENSE; THE JUDGE DEPRIVED AFFIANT THE RIGHT TO WITNESSES IN HIS DEFENSE / THE RIGHT TO COMPELL WITNESSES.**

### ISSUE 6.

Administrative Judge Merryday, acting on behalf of the prosecution and Internal revenue Service, deprived Affiant **the right to compell witnesses in his defense** as those witnesses would have served to destroy the governments prosecution and expose the illegal activity of the Internal Revenue Service. (Thus far to this end the judge has absolutely and totally manipulated and influenced the jury via his instructions and stifling Affiants defense, tampering with the jury under guise of official authority). **The judges corrupt fraudulent justification for denying Affiant the production of witnesses** was that those witnesses were merely going to talk about the Federal Income Tax and Tax Laws, **especially since one of those witnesses Affiant had placed on his witness list was** , Mr Joe Banister, who had worked for the " Criminal Investigations Division of the Internal Revenue Service" and was prepared to testify in Affiants defense.

First and foremost this case was a case about Federal Income Tax and why Affiant did not have to pay such, and it sprang from persecution of Affiant by the Internal Revenue Service and the Government for Affiants giving Public Seminars and Publications in National Newspapers, explaining to the American People why many American did not have to pay Federal Income Tax, as established by the Constitution, Supreme Court decisions and the statutes of the Internal revenue Service.

Wherefore Affiant submitted to the Judge a List of Eighteen Witnesses [18 Witnesses] all of which the Judge refused to allow Affiant to have present at his trial proceedings, as their testimony would have been detrimental to the position of the I.R.S. and the prosecution, as those witnesses consisted of previous clients of Affiant, and present or ex I.R.S. employees. What is evident in this case is that the Judge, the Prosecutor and the I.R.S. were all one and the same and intended to railroad and crucify Affiant to make an example. It is for reasons of the corrupt unconstitutional unlawful conduct of the officers of that tribunal that the records of the proceedings were sealed so as to conceal such fraud, tyranny, opression and persecution from the American People, when in fact such proceedings are intended to be Publicly open. In fact and effect the judge acting for the benefit of the Plaintiff prosecutor, presumed to know what type of testimony Affiant intended to solicit from the witnesses he wanted to compel in his defense and upon that erroneous presumption denied Affiant the right to call witnesses which would have provided exonerating testimony. For this reason alone Affiant is entitled to reversal and dismissal of the

case, as no clearer example of the deprivation of the right to be heard and the right to compel witnesses and cross examine government witnesses could possibly manifest itself, and all of which taken together stand as irrefutable evidence of the corrupt deprivation of the right to jury trial.

The Confrontation clause protects a criminal defendants right to cross examine adverse witnesses . The compulsory process clause grants a defendant the right to offer the testimony of favorable witnesses and to compel their attendance at trial. These are rights encompassed and guaranteed to all criminal defendants under the Fifth and Sixth Amendments which the Judge and Prosecutor conspired and maneuvered to deprive Affiant of in obtaining Affiants false conviction and imprisonment.

## IN CONCLUSION

Because every man brought before a Federal Court to face what are purported to be criminal charges is entitled , (legally and Constitutionally guaranteed), the Right to Jury Trial and Due Process of Law in accordance with the Constitutional guarantees and protections of the **Fifth** and **Sixth Amendments** and **Article III** (See 18 USC § 3231); And because for any party to act to deprive a defendant of these rights and protections by any design or machination, for any reason or purpose constitutes a Federal Criminal offense under Title 18 USC §§ 241, 242, 1509, as well as obstruction of justice under 18 USC §§ 1503-1505, which is precisely what the Administrative Law Judge and Prosecutor in this case against Affiant did, Affiant is entitled to the relief sought.

Furthermore in this case which is a case executed by a Judge and Prosecutor paid by the Department of Treasury/Internal Revenue Service, and which was brought on behalf of the INTERNAL REVENNUE SERVICE, and charges arising from the Judges own machinations and claims of criminal contempt of court orders, (All in absence of jurisdiction), and where the crimes alleged against Affiant were absolute fabrications as no crimes were committed against the UNITED STATES OF AMERICA or the INTERNAL REVENUE SERVICE **and no intent to commit** any crime existed, and the crimes alleged were under Internal Revenue Statutes which did not even apply to Affiant **in a scenario where no party with standing existed.**          It is evident that the entire action executed against Affiant was an unjust persecution under foreign private inapplicable statutory provisions, for Affiants exercise of the right of freedom of speech and conducting his own private business, due to his Publicly speaking against the INTERNAL REVENUE SERVICE and thereby establishing the legal and constitutional fact that he is not subject to the Federal Income Tax nor the Statutory provisions of Title 26.

Wherefore in accommodating the illegal persecution against Affiant  the officers (Executive Administrative officers of the Title 28 Tribunal, Mr. Merryday and Mr. Monk), which ab initio lacked jurisdiction necessarily were forced to deprive Affiants rights so as to pull of the parody of Judicial procedure and thereby ensure Affiants mock conviction and false imprisonment, it is to this end that Affiant was corruptly deprived of the rights and protections delineated within this Affidavit / Writ of Habeas corpus ; To wit,.  The right to Article III jury trial under the Judicial power of the United States and in accordance with constitutional Due Process of Law; The right to an impartial and unbiased Judge; The rights to Assistance of Counsel; the Right to Present a defense ; the right to discovery material; the Right to call

witnesses in ones defense; The right to cross examine adverse witnesses; The right to be informed as to the origins and nature of the Tribunal and Governments jurisdiction; The right to be informed of whom the party with standing against Affiant is and to confront that accuser.   Affiant was deprived of every aspect of these rights by a Judge and prosecutor who also went on to corruptly influence the jury in inflaming and prejudicing the trial jury by repeatedly making false and inflammatory statements which they prevented Affiant from rebutting, the entire parody of judicial procedure was nothing but the Railroading of Affiant in a Kangaroo Court where the concepts of Justice law and constitution and Due Process in accordance therewith, was as foreign as a rose bush growing on the Sun.

**Wherefore in conclusion** it is Affiant's well supported position, that this Supreme Court of the United States exercising the Judicial Power thereof, (unless it is also a party to the fraud being perpetrated), should in accordance with its own rulings of constitutional law and judicial procedure, act to grant Affiant the relief sought as the Title 28 Tribunal and officers thereof have acted contrary and in contempt of abundant Supreme Court constitutional Rulings of law and Judicial Procedure, wherefore the relief sought by Affiant is warranted , to wit, his immediate release from imprisonment and the overturning of his conviction.

Respectfully submitted

*Carel Alfonso Prater*

Carel Alfonso Prater, Sui juris, Jus soli, In propria persona the true
party in interest, by special appearance. All rights reserved without
prejudice.

"These Courts, are not constitutional Courts, in which the judicial power conferred by the constitution on the general government. can be deposited. They are incapable of receiving it. They are legislative Courts, created in virtue of the general right of sovereignty which exist in the government, or in virtue of that clause which enables Congress to make all needful rules & regulations. respecting the territory belonging to the United States. The jurisdiction with which they are invested. is not a part of that judicial power which is defined in the 3rd article of the Constitution  but is conferred by Congress. in the execution of those general powers which that body possesses over the territories of the United States."

Justice Marshall in the American
Insurance Company case.

10-9-2013

*Christy Johnson*
Notary Public

[Notary seal: JOHNSON NOTARY GEORGIA EXPIRES AUG. 6, 2016 PUBLIC WAYNE COUNTY]

63

### COMPELLING REASONS FOR GRANTING
### CONSTITUTIONAL WRIT OF HABEAS CORPUS

One of the most compelling reasons for granting this **Constitutional Writ of Habeas Corpus** is that Affiant has the constitutionally guaranteed right to Judicial Adjudication in what was alleged to be a criminal case pursuant to the Fifth and Sixth Amendments combined with Article III, all of which Affiant has been deprived of in the Title 28 USC § 89, Administrative Agency tribunal which ab initio lacked criminal subject matter jurisdiction.   The Title 28 Imposter court is not a court of law or judicial court and the constitution has no meaning therein and Affiant was subjected to Bill of Attainder therein, GLIDDEN V. ZDANOK.   Furthermore Article I   guarantees Affiant Constitutional Writ of Habeas Corpus and says nothing about Title 28 Administrative proceedings loosely resembling Writ of Habeas corpus, unless the constitution has been suspended.   Moreover there is no evidence or proof of tribunal or governments jurisdiction and non established in the record, and the Administrative law judge and prosecutor in this case when challenged have refused to establish jurisdiction and defaulted to claims that they lacked all jurisdiction to proceed against Affiant, with respect to Affidavits submitted by Affiant demanding to be informed under which of the Three constitutional provisions of authority they acted, (Common Law, Equity, or Admiralty), in executing an alleged criminal action against Affiant. The fact of the matter unknown to Affiant at the time is that the government in fact and effect executed a commercial action under fraudulent pretense of a criminal action, and Affiant is entitled to Judicial revue of this action.    In accommodating this deception the officers of the Title 28 Tribunal failrd to proceed in accord with the Federal Rules of Criminal procedure Rules 1 thru 10.

**The U.S. Supreme Court has ruled that if the record discloses that the lower court was without jurisdiction, this court will notice the defect although the parties make no contention concerning it. When the lower Federal Courts lack jurisdiction, we have jurisdiction on appeal, not of the merits but merely of correcting the error of the lower court for entertaining the suit. UNITED STATES V. CORRICK 298 U.S. 435-440(1936) SUMNER V. MATA 449 U.S. 539, 547-548 n.2 (1981),   LOUSVILLE & NASHVILLE RAIL CO. V. MOTTLEY 211 U.S. 149 , 152.**

In this case the Title 28 Administrative Agency tribunal which have no criminal jurisdiction conferred by Act of Congress **HUBBARD V. AMMERMAN** 465 F.2D 1169 (5TH CIR) ab initio lacked criminal subject matter jurisdiction, in personam jurisdiction over Affiant who from the very beginning demanded adjudication of the case in an Article III constitutional court, and no party with Article III standing existed to bring any action against Affiant whether legal, constitutional, or statutory, or to seize his assets and property, LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555,   STEEL CO. V. CITIZENS FOR A BETTER ENVT. 523 U.S. 83. in what was falsely purported to be a criminal action violating 18 USC § 1001.

Thus because Affiant cannot obtain fair, unbiased, impartial and honest judicial proceedings in these tribunals which are not courts of law and are only concerned with covering up, and justifying their prior malfeasance and misconduct and that of the prosecutor, (officers of that tribunal who have ab initio acted in collusion), in levying against Affiant false allegations and charges for the benefit of the Internal Revenue service, in a tribunal pertaining to the executive branch which functions for the benefit of and under influence of the The department of Treasury and Internal revenue service.   This Court should feel compelled to ~~to~~ intercede in the illegal imprisonment of Affiant which has resulted via a fraud and intentional deprivation of Affiants constitutional rights by those posing as Federal government functionaries.

## CONCLUSIONS

In conclusion I Carel Alfonso Prater via this Affidavit and under oath state the following facts warranting the relief sought, which is to have the entire case and judgement   dismissed as it was rendered via fraud and malfeasance facilitated via procedural and constitutional non compliance.

Within the Scope of this case the Title 28 Administrative Law judge and the Governments Prosecutor have acknowledged and admitted that no party with standing exists to have executed any action against Affiant. Furthermore in violation of 18 USC § 1001 in concealing critical material facts where no jurisdictional nexus appears in the record, have refused to inform Affiant as to which of the Three Constitutional provisions of authority and law they proceeded against Affiant, whether Common Law, Admiralty or Equity, and in fact have acknowledged and Admitted that they acted in absence of all constitutional authority or jurisdiction in what was purported to be a criminal case against Affiant.

Moreover the statutory Title 28 Judge and Prosecutor in this case, have acknowledged and admitted that Affiant owes no debt , and no debt was owed by Affiant warranting his prosecution or the seizure of his assets and property and no party possessing any contract obligating Affiant to pay any debt exists. The result of the above scenarios is that the Judge and Prosecutor have acknowledged and accepted from Affiant his cancellation, revocation and recession of all pleas and signatures obtained by the Court and government on the basis that all such were obtained via fraud, however the court has failed act as legally warranted in Sua Spont dismissing the case.  In light of the fact that the entire case against Affiant was no more than a charade of Judicial procedure masking a persecution and Bill of Attainder executed against Affiant for the Free Exercise of His Constitutional rights as a Tax Protester, and whereby Affiant was under false pretense of lawful judicial process deprived every aspect of Constitutional Due Process of Law, especially the right of

CONSTITUTIONAL WRIT OF HABEAS CORPUS
ARTICLE I § 9, ALL RIGHTS RESERVED.

trial by jury under the Judicial Power Article III and all Due Process associated therewith, all of which have resulted in Affiants unconstitutional and false imprisonment where government agencies have by far overstepped their boundaries and authority on behalf of the Internal Revenue Service,

this petition for Constitutional Writ of Habeas Corpus should be granted.

RESPECTFULLY SUBMITTED

_Carel A. Prater_

Carel Alfonso Prater, Sui Juris, Jus soli,
all rights reserved UCC 1-308

Foot Note: The Administrative Law Judge and Prosecutor in this case have acknowledged and admitted that with respect to the legal requirements of , STEEL CO. V. CITIZENS FOR A BETTER ENVT 523 U.S. 83, and, LUJAN V. DEFENDERS OF WILDLIFE 504 U.S. 555 , that no standing exists in the case, to vest jurisdiction in any tribunal. Affiant in this case ab initio invoked and demanded his rights to adjudication in an Article III forum in what was purported to be a criminal case against him, as he is not subject to the convoluted Due Process afforded to Federal citizens under the Fourteenth Amendment ( The A.P.A. Title 5 ) but rather the Constitutional Due Process of Law provided the American People under the Bill of Rights in a criminal case. Thus in that the Constitution provides that neither life, liberty or property may be taken without constitutional Due process, HALE V. HENKEL, etc, Affiant has been illegally imprisoned.

CONSTITUTIONAL WRIT OF HABEAS CORPUS
ALL RIGHTS RESERVED